IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO STRIKE COMPLAINT**

Plaintiff Orion Labs Tech LLC ("Orion Labs") moves to strike from the record an erroneously-filed document, namely its Original Complaint. The document filed (Dkt. No. 1) inadvertently contained erroneous information. A "corrected" Complaint has been filed (Dkt. No. 11; as an "Attachment" to Dkt. No. 1) to replace it. Therefore, Plaintiff requests that the Original Complaint filed as Dkt. No. 1 be stricken from the record. Please note that the attachments to the Original Complaint (Dkt. Nos. 1-1, 1-2, and 1-3) should remain on the docket.

This request is filed unopposed by Defendants Zoho Corporation PVT Limited, Zoho Corporation, And Zoho Technologies Corporation who have not been served and have not yet appeared in this case.

Date: October 23, 2025								Respectfully submitted,

/s/ James F. McDonough, III

James F. McDonough, III (GA 117088)*
Jonthan R. Miller (GA 507179)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**Attorneys for *Plaintiff ORION LABS TECH LLC***

\* Admitted to the Western District of Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: October 23, 2025

By: /s/ James F. McDonough, III
James F. McDonough, III