UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION,<br><br>　　　　　　Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Zoho Corporation Pvt. Limited ("ZCPL"), Zoho Corporation and Zoho Technologies Corporation hereby submit the following disclosure statement:  ZCPL, Zoho Corporation, and Zoho Technologies are privately held companies. Zoho Corporation is owned by Zoho Holdings LLC.  Zoho Technologies is wholly owned by ZCPL.  No publicly held company owns 10% or more of the stock of ZCPL, Zoho Technologies or Zoho Corporation.

Dated: February 23, 2026　　　　　　　By:  */s/ Phillip J. Haack*
　　　　　　　　　　　　　　　　　　　　　　Phillip J. Haack

Phillip J. Haack (CA 262060, admitted W.D. Tex.)
Ryan J. Marton (*pro hac vice* forthcoming)
Hector J. Ribera (*pro hac vice* forthcoming)
Carolyn Chang (*pro hac vice* forthcoming)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:  (415) 360-2515
Email:   phaack@martonribera.com
     ryan@martonribera.com
     hector@martonribera.com
     carolyn@martonribera.com

*Counsel for Defendants Zoho Corporation Pvt. Ltd., Zoho Corporation and Zoho Technologies Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on February 23, 2026

        By:    /s/ *Ryan J. Marton*
                  Ryan J. Marton