UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION, <br><br> Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**DECLARATION OF VIJAY SUNDARAM IN SUPPORT OF DEFENDANTS' OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA BASED ON THE "FIRST-TO-FILE" DOCTRINE**

I, Vijay Sundaram, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration in support of Defendants' Motion to Transfer to the Northern District of California Based on "First-to-File" Doctrine (the "Transfer Motion") in the above-captioned case. Unless otherwise stated, I have personal knowledge of the facts stated in this Declaration, and if called as a witness, could and would competently testify thereto.

2. I have served as Zoho's Chief Strategy Officer since approximately 2014. I reside in Saratoga, California and work from and am based in Zoho's Pleasanton, California office.

3. Zoho Corporation Private Ltd. ("ZCPL") is an Indian company headquartered in Chennai, India. Research, design, and development for Zoho's products are done outside of the United States in India by ZCPL.

4. Zoho Corp. and Zoho Technologies are both California corporations with their principal places of business at 4141 Hacienda Drive, Pleasanton, California. Zoho Technologies is a wholly-owned subsidiary of ZCPL. I refer to Zoho Corp. and/or Zoho Technologies herein as "Zoho U.S." and refer to the Zoho U.S. entities and ZCPL herein as "Zoho."

5. ZCPL does not have employees, facilities, or offices in the United States. Instead, Zoho's products are marketed and sold in the United States by Zoho U.S. In addition to its offices at 4141 Hacienda Drive in Pleasanton, California, Zoho U.S maintains offices at the following locations:

    a. 979 Springdale Road, Suite 123, Austin, Texas 78702,
    b. 601 North Main Street, McAllen, Texas 78501, and
    c. 255 Saengerhalle Road, New Braunfels, Texas 78130.

Zoho does not maintain any facilities or offices in or around Midland, Texas.

6. It is my understanding that Orion Labs Tech, LLC ("Orion Labs") has accused Zoho of patent infringement, and has accused, in particular, the following Zoho products: Zoho's AI assistant, Zia, as used with Zoho Cliq, Zoho Meeting and Zoho Voice (the "Accused Products"). As Zoho's Chief Strategy Officer, I am knowledgeable about sales, advertising, marketing, and financial information and decisions in the United States concerning Zoho's products, including the Accused Products. Electronic or paper documents related to such information in the United States concerning the Accused Products are available at or otherwise would be accessible from Zoho's Pleasanton offices in the Northern District of California ("NDCA") or Zoho's Austin offices in this District, but would not be accessible in or around Midland, Texas where Zoho has no offices or presence.

7. Research, design, and development of Zoho's products, including the Accused Products, is done by ZCPL's engineers based in India. Zoho personnel with knowledge of the research, design, and development of the Accused Products are based in India and their relevant documents would have been created and are maintained in India. Such documents include source code associated with the Accused Products which would have been developed, coded, and tested in India. This source code resides on secure systems outside of the United States and is controlled by ZCPL on a need-to-know basis. If needed for this lawsuit, ZCPL can and would be able to securely deliver the source code for the Accused Products to, and make the source code available at, Zoho's Pleasanton offices. This would be more easy and more convenient than making the source code available in Midland, Texas, where Zoho has no offices or facilities.

8. Although Zoho U.S. has a significant presence in and around the Austin area in WDTX, as stated above, Zoho U.S. does not have any offices or facilities in or near Midland, Texas. However, Zoho U.S. has operated and maintained offices in Pleasanton within NDCA for

3

over 20 years. Moreover, Zoho U.S.'s senior leadership, including myself and another Zoho executive team member, Tony Thomas (Zoho's Co-Founder and CEO of Zoho U.S.), have been and continue to be based out of Zoho's Pleasanton, California offices.

9. It is my understanding that approximately 25 Zoho personnel currently are based out of Zoho's Pleasanton offices. The electronic documents created and maintained by Zoho are as easily and equally accessible from Pleasanton as they would be from any of Zoho's Texas offices. To my knowledge there are no unique Zoho files or documents relevant to this case that would be accessible from Zoho's Texas offices or personnel as compared to from Zoho's Pleasanton office or personnel.

10. Zoho U.S regularly works with, hosts, accommodates, and allows those visiting the United States from ZCPL to work at and out of Zoho U.S.'s Pleasanton offices, and would do the same if any ZCPL witnesses would be required to travel to the United States for this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this  23  day of February 2026 in  Austin  .

_____
Vijay Sundaram

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on February 23, 2026

By: /s/ *Ryan J. Marton*
Ryan J. Marton