UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION, <br><br> Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA BASED ON THE "FIRST-TO-FILE" DOCTRINE**

The Court, having reviewed and considered Defendants Zoho Corporation Pvt. Ltd., Zoho Corporation, and Zoho Technologies Corporation's ("Zoho's") Opposed Motion to Transfer to the Northern District of California Based on the "First-to-File" Doctrine, does hereby ORDER the above-referenced action be TRANSFERRED to the Northern District of California, San Jose Division where Zoho's declaratory judgment action against Orion Labs Tech, LLC, *Zoho Corp. Pvt. Ltd., et al. v. Orion Labs Tech LLC*, Case No. 5:25-cv-08727-VKD (N.D. Cal. filed Oct. 10, 2025) is currently pending.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on February 23, 2026

      By:    /s/ *Ryan J. Marton*
                Ryan J. Marton