# EXHIBIT 1

| | |
|---|---|
| **From:** | Daniel Buri  dburi@vitek-ip.com 📎 |
| **Subject:** | Re: Zoho's Use of Orion Labs Patents |
| **Date:** | February 12, 2025 at 12:32 PM |
| **To:** | Ryan Marton  ryan@martonribera.com |
| **Cc:** | Mark Jones  mjones@vitek-ip.com |



Hi Ryan,

Thank you for your email. We have worked with you partner, Hector, on a client previously. Nice to meet you.

I don't believe the full patent list went through in the previous email. Please find that attached here.

Please let us know once you've had an opportunity to review.

Kind regards,
Dan


Daniel Buri  l  CEO and President
503.528.4672 l dburi@vitek-ip.com l 1355 NW Everett St. l Suite 100 l Portland, OR 97209

The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Feb 12, 2025, at 8:02 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Dan,
>
> I have been retained by Zoho to look into this matter.  Please direct future correspondence to me. I'll get back to you after I have had a chance to review the materials provided.
>
> Thanks,
> Ryan
>
>
> Ryan Marton
> Marton Ribera Schumann & Chang LLP
> [martonribera.com](martonribera.com)
> 415.827.1712
>
>
>
> ============ Forwarded message ============
> From: Dan Buri <dburi@vitek-ip.com>
> To: "David"<david.k@zohocorp.com>
> Cc: <legal@zohocorp.com>
> Date: Tue, 11 Feb 2025 06:36:27 +0530
> Subject: Re: Zoho's Use of Orion Labs Patents

Subject: Re: Zoho's Use of Orion Labs Patents
============ Forwarded message ============

Dear David,

Following up again. Please find attached the following exemplary charts identifying Zoho's use of our clients patents:

- Use of Claim 1 of US 10,924,339;
- Use of Claims 1 & 5 of US 11,258,733; and
- Use of Claim 1 of US 11,127,636

Again, these charts are being provided as exemplary and are not an exhaustive review of use. (For instance, see 10,110,430; 10,462,003; 10,897,433; 11,328,130; 11,431,659 to flag a few others.) I have attached Orion Labs Tech's full patent list for your reference.

Orion Labs' preference is to find an amicable and reasonable resolution to this matter. We hope Zoho would like to explore that as well. However, OLT has taken steps to enforce its patents, including filing a complaint for patent infringement in the District of Virginia: [Orion Labs Tech, LLC v. TalkDesk, Inc., C.A. No. 24-2146]. Our client's desire, though, is to have an amicable and reasonable discussion with Zoho.

Please let us know your availability to discuss this matter this week.

Regards,
Dan



Daniel Buri  l  CEO and President
503.528.4672 l dburi@vitek-ip.com l 1355 NW Everett St. l Suite 100 l Portland, OR 97209

The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Feb 3, 2025, at 9:02 AM, Dan Buri <dburi@vitek-ip.com> wrote:
>
> Dear Mr. Kerr,
>
> Following up on my message from a week ago. Zoho is currently using portions of our clients patent portfolio in your products. We would like to see if there is a reasonable and amicable resolution to this matter with Zoho. We can supply charts documenting use to aid in the discussion.
>
> Is there a good time next week to discuss this matter with your team?
>
> Regards,
> Dan
>
>
> Daniel Buri  |  CEO and President
> 503.528.4672 | dburi@vitek-ip.com | 1355 NW Everett St. | Suite 100 | Portland, OR 97209
>
> _____
> The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.
>
>
>> On Jan 28, 2025, at 1:37 PM, Daniel Buri <dburi@vitek-ip.com> wrote:
>>
>> Dear Mr. Kerr,
>>
>> We are reaching out as a courtesy on behalf of our client, Orion Labs (OLT). Products on the market from Zoho are currently using OLT's patented technology, and we would like to extend an offer to find an agreeable arrangement for licensing Zoho's use of the

arrangement for licensing Zoho's use of the patents.

OLT's patent portfolio consists of 52 U.S. patents and Zoho is currently utilizing a number of their patented technologies in your products. We would be happy to share more detailed information of Zoho's use.

Recently, OLT has taken steps to enforce its patents, including filing a complaint for patent infringement in the District of Virginia: [Orion Labs Tech, LLC v. TalkDesk, Inc., C.A. No. 24-2146]. Even though OLT will enforce its patents against infringers, they would prefer to find a more amicable resolution if possible.

Therefore, we invite and encourage Zoho to discuss taking an amicably priced license to the patent portfolio. We would be happy to share more detailed information. Can we schedule a time to talk with you or your directs in the coming week to discuss further?

We look forward to hearing from you soon.

Sincerely,
Dan


Daniel Buri  l  CEO and President
503.528.4672 l dburi@vitek-ip.com l 1355 NW Everett St. l Suite 100 l Portland, OR 97209


<PastedGraphic-1.tiff>

The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.

Orion Labs Tech Patent List.xlsx          US10924339 - Zoho Voice.pdf     US11258733 - Zoho Voice.pdf     US11127636 - Zoho Voice.pdf

