# EXHIBIT 2



US10924339

vs

Zoho Voice

This document is confidential analysis provided under NDA and should be utilized for marketing purposes only to facilitate discussions and sale of all or part of the patent portfolio. The information contained herein is provided with no representation or warranties of any kind. The information is solely technical analysis and should not be considered legal advice or legal analysis. No information contained herein constitutes any threat or assertion against any third party, nor can it be utilized as evidence of notice in any legal proceedings or otherwise. Any technical opinions provided herein, including any underlying technical reasoning, are solely those of Vitek IP, LLC. Possession of this document does not create any obligation to consider purchasing any part of the portfolio.

(12) **United States Patent**         (10) **Patent No.:**           **US 10,924,339 B2**
Robbins et al.                        (45) **Date of Patent:**       **Feb. 16, 2021**

(54) **INTELLIGENT AGENT FEATURES FOR WEARABLE PERSONAL COMMUNICATION NODES**

(21) Appl. No.: **US16/665,866**

(22) Filed: **Oct. 28, 2019**

(60) Application No. 15/166531, filed May 27, 2016, now US10110430

(60) Provisional 62/166859 filed May 27, 2015

20 Claims, 5 Drawing Sheets

(57) **ABSTRACT**

Systems, methods, apparatus and software enable intelligent agent features for user nodes that are members of a communication group. Instructions instantiate an intelligent agent node as a member of the communication group. Each intelligent agent node can be instantiated by a communication group management system, an intelligent agent system and/or by one or more of the communication group members, for example by executing software on one or more computing systems or devices. A variety of services and other assistance can be provided by intelligent agent member nodes, including recording communications, auditing communications, providing audio transcription, annotating media, and paging communication devices, including communication nodes that are not members of the communication group. Communications between personal communication nodes and any intelligent agents can be secure.

| Representative Claim | |
|---|---|
| Claim 1 | A method of managing a communication group, wherein the communication group comprises a plurality of personal communication member nodes, the method comprising: |

| | |
|---|---|
| a) | receiving instructions from at least one of the plurality of personal communication member nodes to instantiate an intelligent agent; |
| b) | instantiating the intelligent agent as a virtual assistant communication member node in the communication group; and |
| c) | the instantiated intelligent agent transcribing communications among and between the plurality of personal communication member nodes in the communication group. |

## Executive Summary

US 10,924,339 is directed to adding a bot in a communication group to perform transcription services. Zoho Voice uses all elements of independent claim 15 by providing AI-powered transcription service for voice calls involving customers and agents.

### Patent Overview

The patent is directed to instantiating a bot in a communication group and using the bot to transcribe group communications.

### Selected Claim

Independent claim 1 is a method of managing a communication group by receiving instructions from personal communication member nodes to create an intelligent agent, instantiating the intelligent agent as a virtual assistant communication member node in the group, and having the agent transcribe communications among the personal communication member nodes.

### Zoho Voice

Zoho Voice integrated with Zoho CRM provides an intelligent agent, Zia, for conversations involving customers and one or more agents. Once enabled by a Zoho administrator, Zia can transcribe and summarize voice conversations for select agents.

Zoho Voice was first released on 2021, after the May 2015 priority date.

| Claim 1 | Patent Specification Support |
|---|---|
| A method of managing a communication group, wherein the communication group comprises a plurality of personal communication member nodes, the method comprising: | "Intelligent agent 330 can comprise software executed by **personal communication nodes**, agent systems, and/or **management** systems. An end user can interact with intelligent agent 330 through a **personal communication node** 304, which may be an example of **node** 104 of FIG. 1. Other **nodes** that are **members** of a **communication group** that includes **node** 304 can also interact with intelligent agent 330 in FIG. 3 because intelligent agent 330 is a **communication group member** that can share audio **communications** with all **group members**." [0041] <br><br> "Systems, methods, apparatus and software enable intelligent agent features for user **nodes** that are **members** of a **communication group**. Instructions instantiate an intelligent agent **node** as a **member** of the **communication group**. Each intelligent agent **node** can be instantiated by a **communication group management** system, an intelligent agent system and/or by one or more of the **communication group members**, for example by executing software on one or more computing systems or devices. A variety of services and other assistance can be provided by intelligent agent **member nodes**, including recording **communications**, auditing **communications**, providing audio transcription, annotating media, and paging **communication** devices, including **communication nodes** that are not **members** of the **communication group**." [abstract] <br><br> "**Management** system 120 may comprise a computing system comprising one or more computing devices capable of **managing** services to one or more **communication groups**, each of which may comprise a **plurality** of **personal communication nodes**, such as **personal communication nodes** 102-104, as well as one or more intelligent agent **nodes**, such as **node** 106." [0014] |
| | Claim Construction |
| | The claim is directed to adding a bot to a communication group to perform transcription. |
| | Target Commentary |
| | Zoho Voice, integrated with Zoho CRM, is a group communication platform that allows a customer to communicate with one or more live agents using their personal device, such as a mobile phone ("member node"). A supervisor can also join a conversation in real time to silently monitor and guide agents. A conversation can also include Zia, an AI companion ("bot") that can transcribe and summarize voice calls. |
| | EOU by Zoho Voice |
| | "What is Zoho Voice?: **Zoho Voice is online telephony software with which you can purchase phone numbers to make and receive local and international business calls. Zoho Voice uses Zoho's own cloud PBX (Private Branch Exchange) system** at the backend to facilitate this." [1] <br><br> "What are the system and network requirements for Zoho Voice?: **Zoho Voice runs on all standard web browsers, as well as iOS and Android mobile phones**, and requires a minimum internet speed of 5Mbps **to seamlessly make and receive calls**." [1] <br><br> "Call Barging: Listen, Whisper, and Takeover: **Zoho Voice offers intuitive call monitoring with three modes to directly supervise your agents: Call Listening, Call Whispering, and Call Takeover (three-way conferencing).** Admins and **supervisors can intervene in real time and silently monitor conversations, coach and guide agents behind the scenes, and participate in the conversation with both the agent and the customer**." [2] |
| | (*continued*) |

| Claim 1 | EOU by Zoho Voice |
|---|---|
| A method of managing a communication group, wherein the communication group comprises a plurality of personal communication member nodes, the method comprising:<br><br>(repeated) | "Call Transfer: **Zoho Voice allows you to transfer calls to another agent if you need help with a customer's request. Attend the call from the caller, and then click the Transfer button and search for the Agent to whom you want to transfer the call and click to connect**." [2]<br><br>"Customer calls made easy with Zoho Voice: **By integrating with Zoho CRM, Zoho Voice helps your sales team effectively connect with customers** using single-click dialing" [3]<br><br>"**Zia - The transformative AI engine from Zoho**: **Zia is an AI companion within Zoho CRM**, and she's here to help you manage your CRM intelligently." [4]<br><br>"**Through call transcription, Zia provides you with the option to transcribe your call recordings into a coherent text.** Along with the call transcription feature, **Zia can help you analyze the conversation and automatically fetch important details**... **Additionally**, you can see **a one-line summary of the whole conversation**, as well as have scores for customer satisfaction and call politeness, as well as have important keywords are highlighted throughout the transcript for a faster analysis of the conversations." [5]<br><br>[image of Zoho CRM contacts interface with call disposition panel] [3] |

| Claim 1 | Patent Specification Support | |
|---|---|---|
| a) receiving instructions from at least one of the plurality of personal communication member nodes to instantiate an intelligent agent; <br><br> b) instantiating the intelligent agent as a virtual assistant communication member node in the communication group; and | "An end user can interact with **intelligent agent** 330 through a **personal communication node** 304, which may be an example of **node** 104 of FIG. 1. Other **nodes** that are **members** of a **communication** group that includes **node** 304 can also interact with **intelligent agent** 330 in FIG. 3 because **intelligent agent** 330 is a **communication** group **member** that can share audio **communications** with all group **members**." [0041] <br><br> "Systems, methods, apparatus and software enable **intelligent agent** features for user **nodes** that are **members** of a **communication** group. **Instructions instantiate** an **intelligent agent node** as a **member** of the **communication** group. Each **intelligent agent node** can be **instantiated** by a **communication** group management system, an **intelligent agent** system and/or by one or more of the **communication** group **members**, for example by executing software on one or more computing systems or devices." [abstract] <br><br> "Voice recognition module 231 provides a natural language interface that allows a **personal communication node** user to issue verbal and/or other audible **instructions** to and **receive** feedback from **intelligent agent** 230. " [0036] | |
| | Target Commentary | |
| | A Zoho administrator can enable ("request to instantiate") Zia, an AI companion ("intelligent agent"), for specific users, roles, and, profiles. | |
| | EOU by Zoho Voice | |
| | "To enable call transcription: <br> 1. **In** your **CRM account, go to Setup, and then click Communication under the Zia options**. <br> 2. **Navigate to the Call Transcription tab.** <br> 3. Check the boxes to agree to the terms of service and pricing, and to **authorize access to call recordings**. <br> 4. **Click Get Started.** <br> 5. In the **Create Call Transcription pop-up**, complete the following steps: <br>     I. Set the maximum minutes to spend in a month. <br>     II. **Choose whether to transcribe calls of all users or selected users,** and select from the list of users, roles, profiles, territories, etc… <br>     III. **Select the type of calls you wish to transcribe: incoming, outgoing, or both.** <br>     IV. Select the maximum duration of a call qualified for transcription. <br> 6. **Click Save**." [6] | "**Zia - The transformative AI engine from Zoho**: **Zia is an AI companion within Zoho CRM**, and she's here to help you manage your CRM intelligently." [4] <br><br> "Points to remember: <br> • Only admins can configure call transcription. <br> • Admin users can enable call transcription for specific users and profiles." [6] <br><br>  [6] |

| Claim 1 | Patent Specification Support |
|---|---|
| c) the instantiated intelligent agent transcribing communications among and between the plurality of personal communication member nodes in the communication group. | "**Intelligent agent** features provided by **node** 106 and/or system 130 of FIG. 1 can include recording conversations among users of **nodes** 102-104, auditing **communications** exchanged between **nodes** 102-104, providing voice-based assistance and services to **nodes** 102-104, and other features. It should be understood that, just like **personal communication nodes**, **intelligent agent nodes** like **node** 106 can be **members** of multiple **groups**." [0020] |
| | "A variety of services and other assistance can be provided by **intelligent agent member nodes**, including recording **communications**, auditing **communications**, **providing audio transcription**, annotating media, and paging **communication** devices, including **communication nodes** that are not **members** of the **communication group**. **Communications** between **personal communication nodes** and any **intelligent agents** can be secure." [abstract] |
| | **Target Commentary** |
| | Zoho Voice with Zoho CRM uses Zia ("intelligent agent") to transcribe and summarize ("transcription services") incoming voice calls between a customer and one or more agents ("communication group"). |
| | **EOU by Zoho Voice** |
| | "What is Zoho Voice?: **Zoho Voice is online telephony software** with which you can purchase phone numbers to make and receive local and international business calls. **Zoho Voice uses Zoho's own cloud PBX (Private Branch Exchange) system** at the backend to facilitate this." [1] |
| | "Customer calls made easy with Zoho Voice: By integrating **with Zoho CRM, Zoho Voice helps your sales team effectively connect with customers** using single-click dialing" [3] |
| | "**Zia - The transformative AI engine from Zoho**: **Zia is an AI companion within Zoho CRM**, and she's here to help you manage your CRM intelligently." [4] |
| | ""To enable call transcription:<br>1. **In** your **CRM account, go to Setup, and then click Communication under the Zia options**.<br>2. **Navigate to the Call Transcription tab.**<br>3. Check the boxes to agree to the terms of service and pricing, and to **authorize access to call recordings**." [6] |
| | "Calls are an effective mode of communication for most businesses today, whether **they're interactions with customers, partners, vendors, prospects, or others. Through call transcription, Zia provides you with the option to transcribe your call recordings into a coherent text. Along with the call transcription feature, Zia can help you analyze the conversation and automatically fetch important details**... **Additionally**, you can see **a one-line summary of the whole conversation**, as well as have scores for customer satisfaction and call politeness, **as well as have important keywords are highlighted throughout the transcript for a faster analysis of the conversations.**" [5] |
| | (*continued*) |

| Claim 1 | EOU by Zoho Voice |
|---|---|
| c) the instantiated intelligent agent transcribing communications among and between the plurality of personal communication member nodes in the communication group.<br><br>(*repeated*) | <br><br>[7] |

| | References |
|---|---|
| 1 | Zoho Voice Features<br>https://www.zoho.com/voice/features.html |
| 2 | Basic Setup<br>https://help.zoho.com/portal/en/kb/zoho-voice/setup/articles/zoho-voice-setup#Call_Barging_Listen_Whisper_and_Takeover |
| 3 | Bring telephony to your CRM<br>https://www.zoho.com/crm/telephony.html |
| 4 | Zia - The transformative AI engine from Zoho<br>https://www.zoho.com/crm/zia.html |
| 5 | Zia Call Intelligence<br>https://help.zoho.com/portal/en/kb/crm/zia-artificial-intelligence/communication/zia-for-calls/articles/zia-call-intelligence |
| 6 | Call Transcription<br>https://help.zoho.com/portal/en/kb/crm/zia-artificial-intelligence/communication/zia-for-calls/articles/call-transcription |
| 7 | Introducing call transcription and intelligence<br>https://help.zoho.com/portal/en/community/topic/introducing-call-transcription-and-intelligence |