# EXHIBIT 3

**From:** Daniel Buri dburi@vitek-ip.com
**Subject:** Re: Zoho's Use of Orion Labs Patents
**Date:** April 9, 2025 at 2:32 PM
**To:** Ryan Marton ryan@martonribera.com
**Cc:** Mark Jones mjones@vitek-ip.com

Hi Ryan,

Thank you for your note and questions.

Please find attached a chart for Cliq on US10924339. Note that Cliq and Meeting have the same features as the Voice charts provided: they are all group conversation platforms with the Zia virtual assistant that can transcribe or summarize a meeting.

For the '339 patent, an administrator sets up the system to enable transcription and summary for meetings. The user, by starting a channel, inherits the system-wide permissions for the channel, and in so doing, provides instructions to the system to connect to the Zia agent. Since Zia can post in a channel, it is a member of the group.

For the '636 patent, when voice call transcription is enabled, Zia must reference a data structure to determine which channels are enabled, which users are in a channel, and which LLM to use – note that Zoho supports both its own LLM and integrations with OpenAI. When a voice call occurs, a software event is sent that, when combined with the data structure, comprises a unique state ("identifier") associated with Zia ("bot"). Note that the data associated with the event, such as the channel, the caller, and the voice data are in a format Zia can use. If Zia is required to summarize a call, then the tokens fed to the LLM are in another format suited to processing by the Zia system.

For the '733 patent, when voice call transcription is enabled, a voice call event is sent to Zia requesting the recording and/or transcription of a call. Call transcription can be enabled only for a particular group of users, and an enabled request starts the Zia processing. Since the request is enabled, the resulting processing is based on the group.

Please let us know if you would like to have a call to discuss our reply and Orion Labs license offer. I have availability next week if that works for you.

Best,
Dan


Daniel Buri | CEO and President
503.528.4672 | dburi@vitek-ip.com | 1355 NW Everett St. | Suite 100 | Portland, OR 97209

The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Apr 3, 2025, at 11:20 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Dan,
>
> Here are a couple of questions:
>
> 1. How is Cliq and Meeting implicated?
>
> 2. For the '339 patent – what are you pointing to in Zoho accused tech for the required "instructions from at least one of the plurality of personal communication member nodes to instantiate an intelligent agent." It appears you point to an admin turning on the feature, but the admin is not a member of the communication group. Also, how is Zia considered a "member node in the communication group."

3. For the '636 patent, what are you pointing to in Zoho tech for a "message" that includes a "bot identifier for a bot member of the group." Also, what are you pointing to in Zoho tech as the "data structure" and what is the "bot entry" that has an "indicator of a voice library." Also, what in the Zoho tech constitutes selection of voice libraries to use? Also, what is the target format suited to the bot member?

4. For the '733 patent, what are you pointing to in the Zoho tech that constitutes "an audio transcription request from a selected user node of the communication group." Also, what do you point to in Zoho tech that constitutes "determining a bot member .. to launch based on an identifier of the communication group."

Thanks,
Ryan


Ryan Marton
Marton Ribera Schumann & Chang LLP
martonribera.com
415.827.1712


**From:** Daniel Buri <dburi@vitek-ip.com>
**Date:** Tuesday, April 1, 2025 at 1:43 PM
**To:** Ryan Marton <ryan@martonribera.com>
**Cc:** Mark Jones <mjones@vitek-ip.com>
**Subject:** Re: Zoho's Use of Orion Labs Patents

Sounds good. We'll keep an eye out for them, Ryan.

Thanks,
Dan


> On Apr 1, 2025, at 1:05 PM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Hi Dan, I have a couple follow up questions which I will pass along tomorrow. Thanks
>
> **From:** Dan Buri <dburi@vitek-ip.com>
> **Date:** Monday, March 31, 2025 at 4:52 PM
> **To:** Ryan Marton <ryan@martonribera.com>
> **Cc:** Mark Jones <mjones@vitek-ip.com>
> **Subject:** Re: Zoho's Use of Orion Labs Patents

Hi Ryan,

We wanted to check in your review and discussions with your client. Do you have an update on the matter?

Best,
Dan

> On Mar 20, 2025, at 2:30 PM, Daniel Buri <dburi@vitek-ip.com> wrote:
>
> Hi Ryan,
>
> Thanks for your time yesterday.
>
> Per our discussions, Orion Labs estimates Zoho's annual revenue last year at $1B. They are willing to provide an 92.5% discount on affected revenue and assume only $75M of Zoho's revenue is affected by the patents in Orion Labs' portfolio. At a 3% royalty rate over the remaining life of the patents (12 years), this would result in a $27M license.
>
> In the interest of finding a reasonable and amicable resolution, our client is expressing a license value interest between $2.5—$3.5M. This would be a fully paid-up license for all past, present and future use of their patent portfolio (which is roughly a 90% discount in addition to the 92.5% affected revenue discount).
>
> We believe this is a reasonable license proposal from our client.
>
> You had also requested additional relevant patents: see 10,110,430; 10,462,003; 10,897,433; 11,328,130; 11,431,659 to flag a few others.
>
> Finally, you had asked about implicated products beyond Zoho Voice. We believe the following are also relevant:
>
>   1. Zoho Cliq
>   2. Zoho CRM
>   3. Zoho Meeting
>
> This is not an exhaustive list of implicated patents or

This is not an exhaustive list of implicated patents or products, but it is the current status of our review of the matter at this stage.

Let us know if you have any questions as you review. Let's connect again the first week of April after you've reviewed everything and discussed with your client.

Best,
Dan


Daniel Buri | CEO and President
503.528.4672 | dburi@vitek-ip.com | 1355 NW Everett St. | Suite 100 | Portland, OR 97209


<PastedGraphic-1.tiff>

The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Mar 20, 2025, at 9:50 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Dan, thanks for your time yesterday. Please pass along an email with license offer and any other patents you think apply to Zoho. Thanks, Ryan
>
> Ryan Marton
> Marton Ribera Schumann & Chang LLP
> martonribera.com
> 415.827.1712
>
>> **From:** Daniel Buri <dburi@vitek-ip.com>
>> **Date:** Thursday, March 13, 2025 at 12:39 PM
>> **To:** Ryan Marton <ryan@martonribera.com>
>> **Cc:** Mark Jones <mjones@vitek-ip.com>
>> **Subject:** Re: Zoho's Use of Orion Labs Patents
>>
>> Great. I just sent a calendar invite. Zoom coordinates below as well.

coordinates below as well.

Speak with you next week.

Best,
Dan


Dan is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us02web.zoom.us/j/81994917801?pwd=LUrNmV38LqegleilQPASygR4JuGRgo.1

Meeting ID: 819 9491 7801
Passcode: 284736

---

One tap mobile
+16694449171,,81994917801#,,,,*284736# US
+16699006833,,81994917801#,,,,*284736# US (San Jose)

---

Dial by your location
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 931 3860 US
• +1 689 278 1000 US
• +1 929 436 2866 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US

Meeting ID: 819 9491 7801
Passcode: 284736

Find your local