# EXHIBIT 9

**From:** Dan Buri dburi@vitek-ip.com
**Subject:** Re: Zoho's Use of Orion Labs Patents
**Date:** June 6, 2025 at 11:24 AM
**To:** Ryan Marton ryan@martonribera.com
**Cc:** Phil Haack phaack@martonribera.com, Mark Jones mjones@vitek-ip.com, James Jackson jjackson@vitek-ip.com

Hi Ryan,

There is no requirement for the agent to be a "communication member node" of the claim. The claim clearly states the communication group "comprises a plurality of personal communication member nodes" and that the agent is connected via "a virtual assistant communication member node" when instantiated.

Note that a "virtual assistant communication member node" may include a superset or subset of "personal communication member node" features – all that is required by the claim is that, as a node, it has access in order to transcribe.

Let us know if this answers your question or if you'd like to discuss further.

Thanks,
Dan

Daniel Buri | CEO and President
503.528.4672 | dburi@vitek-ip.com | 1355 NW Everett St. | Suite 100 | Portland, OR 97209



The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Jun 5, 2025, at 2:38 PM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Dan,
>
> We're still struggling to understand how Zia could be a communication member node in the communication group. Can you give us some insight into how you are doing this mapping? During the prosecution of the '339 parent (specifically, the 430 patent) the patentee explained that a virtual assistant instantiated as a member of a communication group meant that the virtual assistant is not assigned to a single user but rather is an independent member of the communication group serving the entire group. See Response to 10/19/2017 office action. Zia does not field requests as a member of a communication group as required.
>
> Please let me know if you would like to discuss.
>
> Thanks,
> Ryan
>
> Ryan Marton
> Marton Ribera Schumann & Chang LLP
> martonribera.com
> 415.827.1712
>
>> **From:** Daniel Buri <dburi@vitek-ip.com>
>> **Date:** Tuesday, June 3, 2025 at 1:31 PM
>> **To:** Ryan Marton <ryan@martonribera.com>
>> **Cc:** Phil Haack <phaack@martonribera.com>, Mark Jones <mjones@vitek-ip.com>
>> **Subject:** Re: Zoho's Use of Orion Labs Patents
>>
>> Hi Ryan,
>>
>> It has been a couple of weeks again. What's the current status from Zoho?
>>
>> Best,
>> Dan
>>
>>> On May 16, 2025, at 10:51 AM, Daniel Buri <dburi@vitek-ip.com> wrote:
>>>
>>> Hi Ryan,
>>>
>>> There is no requirement that the intelligent agent is a member node. The relevant claim language is *"instantiating the intelligent agent as a virtual assistant communication member node in the communication group"* which indicates that the intelligent agent is a unique type of node in the communication group.
>>>
>>> In short, for the intelligent agent to have a two-way conversation naturally requires that it is somehow linked to the group. Thus there is a point of access to and from the communication group—that is, a "node."
>>>
>>> Further, there is no requirement in the claim that the "virtual assistant communication member node" type has any common

Further, there is no requirement in the claim that the "virtual assistant communication member node" type has any common features with a "member node" type, other than it must have two-way access to the communications between the member nodes.

Hope this helps.

Best,
Dan

> On May 14, 2025, at 10:05 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Hi Dan,
>
> I spoke with folks at Zoho but have more questions re Cliq and Meeting. Hopefully should have call in the next day or two.
>
> In the meantime, can you give some specific examples of how Zia is a member node in Zoho Voice, Cliq and Meeting?
>
> Thanks,
> Ryan
>
> Ryan Marton
> Marton Ribera Schumann & Chang LLP
> martonribera.com
> 415.827.1712
>
> **From:** Daniel Buri <dburi@vitek-ip.com>
> **Date:** Tuesday, May 13, 2025 at 10:23 AM
> **To:** Ryan Marton <ryan@martonribera.com>
> **Cc:** Mark Jones <mjones@vitek-ip.com>
> **Subject:** Re: Zoho's Use of Orion Labs Patents
>
> Hi Ryan,
>
> Do you have an update on your call with your client?
>
> Best,
> Dan
>
>> On May 7, 2025, at 9:37 AM, Daniel Buri <dburi@vitek-ip.com> wrote:
>>
>> Great. Thanks for the transparency, Ryan.
>>
>> Best,
>> Dan
>>
>>> On May 7, 2025, at 7:34 AM, Ryan Marton <ryan@martonribera.com> wrote:
>>>
>>> I expect the call to be this week.
>>>
>>> **From:** Daniel Buri <dburi@vitek-ip.com>
>>> **Date:** Tuesday, May 6, 2025 at 3:03 PM
>>> **To:** Ryan Marton <ryan@martonribera.com>
>>> **Cc:** Mark Jones <mjones@vitek-ip.com>
>>> **Subject:** Re: Zoho's Use of Orion Labs Patents
>>>
>>> Hi Ryan,
>>>
>>> Thank you for the update. Is that meeting happening this week?
>>>
>>> Best,
>>> Dan
>>>
>>>> On May 2, 2025, at 8:54 AM, Ryan Marton <ryan@martonribera.com> wrote:

Hi Dan,

Apologies for the delay. I have been in contact with the new counsel at Zoho – but still need another meeting with some Zoho product folks to confirm some of my understandings. Once I talk to them, I'll reach back out.

Thanks,
Ryan

Ryan Marton
Marton Ribera Schumann & Chang LLP
martonribera.com
415.827.1712

**From:** Daniel Buri <dburi@vitek-ip.com>
**Date:** Tuesday, April 29, 2025 at 8:30 AM
**To:** Ryan Marton <ryan@martonribera.com>
**Cc:** Mark Jones <mjones@vitek-ip.com>
**Subject:** Re: Zoho's Use of Orion Labs Patents

Hi Ryan,

Hopefully you've had some success with the new contact. Let us know when a good time would be to discuss Zoho's position further.

Best,
Dan

> On Apr 21, 2025, at 8:38 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Dan, turns out that the in house counsel I have been dealing with at Zoho left the company at some point in the last few weeks. I am hoping to get in touch with his replacement this week. Thanks
>
> **From:** Dan Buri <dburi@vitek-ip.com>
> **Date:** Monday, April 21, 2025 at 8:23 AM
> **To:** Ryan Marton <ryan@martonribera.com>
> **Cc:** Mark Jones <mjones@vitek-ip.com>
> **Subject:** Re: Zoho's Use of Orion Labs Patents
>
> Ok, thanks Ryan. Keep us posted this week.
>
> Best,
> Dan
>
>> On Apr 17, 2025, at 8:20 AM, Ryan Marton <ryan@martonribera.com> wrote:
>>
>> Probably not this week. Need to talk to client in India and having trouble scheduling it.
>>
>> **From:** Daniel Buri <dburi@vitek-ip.com>
>> **Date:** Wednesday, April 16, 2025 at 9:43 AM
>> **To:** Ryan Marton <ryan@martonribera.com>
>> **Cc:** Mark Jones <mjones@vitek-ip.com>
>> **Subject:** Re: Zoho's Use of Orion Labs Patents
>>
>> Thanks, Ryan. Appreciate that.
>>
>> Can we expect to hear further from you substantively on this matter later this week?
>>
>> Best,
>> Dan

> On Apr 16, 2025, at 9:39 AM, Ryan Marton <ryan@martonribera.com> wrote:
>
> Received.
>
> ---
>
> **From:** Daniel Buri <dburi@vitek-ip.com>
> **Date:** Wednesday, April 16, 2025 at 9:08 AM
> **To:** Ryan Marton <ryan@martonribera.com>
> **Cc:** Mark Jones <mjones@vitek-ip.com>
> **Subject:** Re: Zoho's Use of Orion Labs Patents
>
> Hi Ryan,
>
> I wanted to confirm your receipt of the answers below to your questions. Did you receive them?
>
> Best,
> Dan
>
>> On Apr 9, 2025, at 2:32 PM, Daniel Buri <dburi@vitek-ip.com> wrote:
>>
>> Hi Ryan,
>>
>> Thank you for your note and questions.
>>
>> Please find attached a chart for Cliq on US10924339. Note that Cliq and Meeting have the same features as the Voice charts provided: they are all group conversation platforms with the Zia virtual assistant that can transcribe or summarize a meeting.
>>
>> For the '339 patent, an administrator sets up the system to enable transcription and summary for meetings. The user, by starting a channel, inherits the system-wide permissions for the channel, and in so doing, provides instructions to the system to connect to the Zia agent. Since Zia can post in a channel, it is a member of the group.
>>
>> For the '636 patent, when voice call transcription is enabled, Zia must reference a data structure to determine which channels are enabled, which users are in a channel, and which LLM to use – note that Zoho supports both its own LLM and integrations with OpenAI. When a voice call occurs, a software event is sent that, when combined with the data structure, comprises a unique state ("identifier") associated with Zia ("bot"). Note that the data associated with the event, such as the channel, the caller, and the voice data are in a format Zia can use. If Zia is required to summarize a call, then the tokens fed to the LLM are in another format suited to processing by the Zia system.
>>
>> For the '733 patent, when voice call

transcription is enabled, a voice call event is sent to Zia requesting the recording and/or transcription of a call. Call transcription can be enabled only for a particular group of users, and an enabled request starts the Zia processing. Since the request is enabled, the resulting processing is based on the group.

Please let us know if you would like to have a call to discuss our reply and Orion Labs license offer. I have availability next week if that works for you.

Best,
Dan

<US10924339 - Zoho Cliq.pdf>

Daniel Buri I CEO and President
503.528.4672 I [dburi@vitek-ip.com](mailto:dburi@vitek-ip.com) I 1355 NW Everett St. I Suite 100 I Portland, OR 97209

<PastedGraphic-1.tiff>

_____
The information contained in this e-mail may be confidential and or legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is not authorized. If you are not the intended recipient, any disclosure, copying, distribution, use, or any action you take or fail to take in reliance on it, is prohibited and may be unlawful. Please immediately notify us by telephone or return e-mail, destroy the original message, and retain no copy - on your system or otherwise.

> On Apr 3, 2025, at 11:20 AM, Ryan Marton <[ryan@martonribera.com](mailto:ryan@martonribera.com)> wrote:
>
> Dan,
>
> Here are a couple of questions:
>
> 1. How is Cliq and Meeting implicated?
>
> 2. For the '339 patent – what are you pointing to in Zoho accused tech for the required "instructions from at least one of the plurality of personal communication member nodes to instantiate an intelligent agent."  It appears you point to an admin turning on the feature, but the admin is not a member of the communication group. Also, how is Zia considered a "member node in the communication group."
>
> 3. For the '636 patent, what are you pointing to in Zoho tech for a "message" that

includes a "bot identifier for a bot member of the group." Also, what are you pointing to in Zoho tech as the "data structure" and what is the "bot entry" that has an "indicator of a voice library." Also, what in the Zoho tech constitutes selection of voice libraries to use? Also, what is the target format suited to the bot member?

4. For the '733 patent, what are you pointing to in the Zoho tech that constitutes "an audio transcription request from a selected user node of the communication group." Also, what do you point to in Zoho tech that constitutes "determining a bot member .. to launch based on an identifier of the communication group."

Thanks,
Ryan

Ryan Marton
Marton Ribera Schumann & Chang LLP
martonribera.com
415.827.1712

---

**From:** Daniel Buri <dburi@vitek-ip.com>
**Date:** Tuesday, April 1, 2025 at 1:43 PM
**To:** Ryan Marton <ryan@martonribera.com>
**Cc:** Mark Jones <mjones@vitek-ip.com>
**Subject:** Re: Zoho's Use of Orion Labs Patents

Sounds good. We'll keep an eye out for them, Ryan.

Thanks,
Dan

> On Apr 1, 2025, at 1:05 PM, Ryan Marton <ryan@mart

onribera.com> wrote:

Hi Dan, I have a couple follow up questions which I will pass along tomorrow. Thanks

**From:** Dan Buri <dburi@vitek-ip.com>
**Date:** Monday, March 31, 2025 at 4:52 PM
**To:** Ryan Marton <ryan@martonribera.com>
**Cc:** Mark Jones <mjones@vitek-ip.com>
**Subject:** Re: Zoho's Use of Orion Labs Patents

Hi Ryan,

We wanted to check in your review and discussions with your client. Do you have an update on the matter?

Best,
Dan

On Mar 20, 2025, at 2:30 PM, Daniel Buri <d