# EXHIBIT 10

ADRMOP,AO279,CONSENT

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:25-cv-08727-VKD

Zoho Corporation PVT. LTD et al -v- Orion Labs Tech, LLC
Assigned to: Magistrate Judge Virginia K. DeMarchi
Relate Case Case: 5:25-cv-05045-VKD
Cause: 28:2201 Declaratory Judgement

Date Filed: 10/10/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Zoho Corporation PVT. LTD**   represented by   **Carolyn Chang**
Marton Ribera Schumann & Chang LLP
548 Market Street
Suite 36117
San Francisco, CA 94104
4153602514
Email: carolyn@martonribera.com
*ATTORNEY TO BE NOTICED*

**Hector J. Ribera**
Marton Ribera Schumann & Chang LLP
548 Market St. Suite 36117
San Francisco, CA 94104
United Sta
415-360-2512
Email: hector@martonribera.com
*ATTORNEY TO BE NOTICED*

**Phillip John Haack**
Marton Ribera Schumann & Chang LLP
548 Market St.
Suite 36117
San Francisco, CA 94104
(415) 360-2517
Email: phaack@martonribera.com
*ATTORNEY TO BE NOTICED*

**Songmee L. Connolly**
Marton Ribera Schumann & Chang LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
415-360-2513
Email: songmee@martonribera.com

*ATTORNEY TO BE NOTICED*

**Ryan J. Marton**
Marton Ribera Schumann & Chang LLP
548 Market St., Suite 36117
San Francisco, CA 94104
(415) 360-2515
Email: ryan@martonribera.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zoho Corporation**  represented by  **Carolyn Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hector J. Ribera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip John Haack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Songmee L. Connolly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan J. Marton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zoho Technologies Corporation**  represented by  **Carolyn Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hector J. Ribera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip John Haack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Songmee L. Connolly**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **Ryan J. Marton**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

| **Orion Labs Tech, LLC** | represented by | **James Francis McDonough , III**<br>Rozier Hardt McDonough PLLC<br>659 Auburn Avenue NE, Unit 254<br>Atlanta, GA 30312<br>404-564-1866<br>Email: jim@rhmtrial.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Ephraim Hatch**<br>Hatch Law PC<br>13323 Washington Boulevard, Suite 302<br>Los Angeles, CA 90066<br>(310) 279-5076<br>Email: ryan@hatchlaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2025 | 1 | COMPLAINT against All Defendants. Filed by Zoho Corporation PVT. LTD, Zoho Technologies Corporation, Zoho Corporation. (Attachments: # 1 Exhibit Ex. 1 US10924339, # 2 Exhibit Ex. 2 US11127636, # 3 Exhibit Ex. 3 US11258733)(Marton, Ryan) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/10/2025 | 2 | Proposed Summons. (Marton, Ryan) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/10/2025 | 3 | Certificate of Interested Entities by Zoho Corporation PVT. LTD, Zoho Corporation, Zoho Technologies Corporation (Marton, Ryan) (Filed on 10/10/2025) (Entered: 10/10/2025) |
| 10/10/2025 |  | Filing fee: $ 405.00, receipt number ACANDC-21230520. (mbc, COURT STAFF) (Filed on 10/10/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 4 | Case assigned to Magistrate Judge Lisa J. Cisneros.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

|  |  | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/28/2025. (mbc, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/14/2025) |
|---|---|---|
| 10/15/2025 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/8/2026. Initial Case Management Conference set for 1/15/2026 01:30 PM in San Francisco, - Videoconference Only. (pjf, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025)** |
| 10/15/2025 |  | Electronic filing error. CLERK'S NOTICE REGARDING THE FILING OF AN ACTION REGARDING A PATENT/TRADEMARK. The provisions of 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 require the submission of a report to the Patent/Trademark. Please e-file a completed Report on the Filing or Determination of an Action or Appeal Regarding a Patent/Trademark form AO-120 using the event *Civil Events Other Filings Other Documents Patent/Trademark, within five days of this notice.* filed by Zoho Technologies Corporation, Zoho Corporation PVT. LTD, Zoho Corporation (pjf, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/15/2025 | 6 | REPORT on the filing or determination of an action regarding *a patent or a trademark* (cc: form mailed to register). (Marton, Ryan) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/15/2025 | 7 | Summons Issued as to Orion Labs Tech, LLC. (pjf, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/28/2025 | 8 | CERTIFICATE OF SERVICE by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation re 7 Summons Issued (Marton, Ryan) (Filed on 10/28/2025) (Entered: 10/28/2025) |
| 10/28/2025 | 9 | FIRST AMENDED COMPLAINT *for Declaratory Judgment* against Orion Labs Tech, LLC. Filed by Zoho Corporation PVT. LTD, Zoho Technologies Corporation, Zoho Corporation. (Attachments: # 1 Exhibit 1 ('339 Patent), # 2 Exhibit 2 ('636 Patent), # 3 Exhibit 3 ('733 Patent), # 4 Exhibit 4 ('430 Patent), # 5 Exhibit 5 ('003 Patent))(Marton, Ryan) (Filed on 10/28/2025) Modified on 10/31/2025 (kmg, COURT STAFF). (Entered: 10/28/2025) |
| 10/28/2025 | 10 | REPORT on the filing or determination of an action regarding *a patent or trademark ('430 patent and '003 patent in Amended Complaint)* (cc: form mailed to register). (Marton, Ryan) (Filed on 10/28/2025) (Entered: 10/28/2025) |
| 10/28/2025 | 11 | NOTICE of Pendency of Other Action Involving Same Patent by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation (Attachments: # 1 Exhibit A (W.D. Tex. Action))(Marton, Ryan) (Filed on 10/28/2025) (Entered: 10/28/2025) |
| 10/28/2025 | 12 | **ORDER REASSIGNING CASE** |

| | | |
|---|---|---|
| | | IT IS ORDERED that this case is directly assigned to Magistrate Judge Virginia K. DeMarchi pursuant to Patent L.R. 2-1(a)(6). Magistrate Judge Lisa J. Cisneros no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br><br>(as, COURT STAFF) (Filed on 10/28/2025) Modified on 10/29/2025 (smc, COURT STAFF). (Entered: 10/28/2025) |
| 10/30/2025 | 13 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT. Joint Case Management Statement due by 1/13/2026. Initial Case Management Conference is set for 1/20/2026 at 01:30 PM in San Jose, - Videoconference Only before Magistrate Judge Virginia K. DeMarchi. All other deadlines remain unchanged. Standing orders can be downloaded from the court's web page at https://cand.uscourts.gov/judges/vkd/demarchi-virginia-k *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (smc, COURT STAFF) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 10/31/2025 | | Electronic filing error. Please use this event. Civil Events Initial Pleadings and Service Service of Process-Summons Returned Executed. Please re-file in its entirety. Re: 8 Certificate of Service filed by Zoho Technologies Corporation, Zoho Corporation PVT. LTD, Zoho Corporation (kmg, COURT STAFF) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 10/31/2025 | 14 | SUMMONS Returned Executed by Zoho Corporation PVT. LTD, Zoho Technologies Corporation, Zoho Corporation. Orion Labs Tech, LLC served on 10/22/2025, answer due 11/12/2025. (Marton, Ryan) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 10/31/2025 | 15 | CERTIFICATE OF SERVICE by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation re 11 Notice of Pendency of Other Action Involving Same Patent, 9 Amended Complaint, *(served on October 29, 2025)* (Marton, Ryan) (Filed on 10/31/2025) (Entered: 10/31/2025) |
| 11/05/2025 | 16 | NOTICE of Appearance filed by Ryan Ephraim Hatch on behalf of Orion Labs Tech, LLC (Hatch, Ryan) (Filed on 11/5/2025) (Entered: 11/05/2025) |
| 11/06/2025 | 17 | STIPULATION WITH PROPOSED ORDER re 15 Certificate of Service, 9 Amended Complaint, filed by Orion Labs Tech, LLC. (Hatch, Ryan) (Filed on 11/6/2025) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2025) |
| 11/07/2025 | 18 | **ORDER granting 17 Stipulation to Extend Time for Defendant Orion Labs Tech, LLC to Respond to the First Amended Complaint. Signed by Magistrate Judge Virginia K. DeMarchi on 11/7/2025. (vkdlc1, COURT STAFF) (Filed on 11/7/2025) (Entered: 11/07/2025)** |
| 11/24/2025 | 19 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21381778.) filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit Certificate of Good Standing)(McDonough, James) (Filed on 11/24/2025) (Entered: 11/24/2025) |
| 11/24/2025 | 20 | **ORDER Granting 19 Application for Admission of Attorney Pro Hac Vice for James McDonough, Counsel for Defendant Orion Labs Tech, LLC. Signed by Judge Virginia K. DeMarchi on 11/24/2025. (smc, COURT STAFF) (Filed on 11/24/2025) (Entered: 11/24/2025)** |
| 12/12/2025 | 21 | MOTION to Dismiss for Lack of Jurisdiction *9 First Amended Complaint* filed by Orion Labs Tech, LLC. Motion Hearing set for 1/13/2026 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. Responses due by 12/26/2025. Replies due by 1/2/2026. (Attachments: # 1 Exhibit A. Complaint filed in Texas Case (W.D. Tex. No. 7:25-cv-00480), # 2 Proposed Order)(McDonough, James) (Filed on 12/12/2025) (Entered: 12/12/2025) |
| 12/12/2025 | 22 | MOTION to Change Venue *to the Western District of Texas Pursuant to 28 U.S.C. § 1404(a) and Equitable Considerations* filed by Orion Labs Tech, LLC. Motion Hearing set for 1/13/2026 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. Responses due by 12/26/2025. Replies due by 1/2/2026. (Attachments: # 1 Exhibit A. 2025 E-mail Exchange Between Zoho and Orion, # 2 Exhibit B. BCS Software, LLC v. Zoho Corporation, # 3 Exhibit C. Meetrix IP, LLC v. Zoho Corporation, # 4 Exhibit D. Peter Pedersen v. Zoho Corporation, # 5 Exhibit E. Bright Capture LLC v. Zoho Corporation, # 6 Exhibit F. AK Meeting IP, LLC v. Zoho Corporation, # 7 Exhibit G. Knossos Global Systems LLC v. Zoho Corporation Private Limited, # 8 Exhibit H. Printout of LinkedIn Page of David Kerr, # 9 Exhibit I. January 28, 2025 E-mail, # 10 Exhibit J. Orion Labs Tech, LLC, v. Talkdesk, # 11 Exhibit K. Orion Labs Tech, LLC v. Zoho Corporation PVT Limited et al, # 12 Proposed Order)(McDonough, James) (Filed on 12/12/2025) (Entered: 12/12/2025) |
| 12/15/2025 | 23 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge by 12/19/2025. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (smc, COURT STAFF) (Filed on 12/15/2025) (Entered: 12/15/2025) |
| 12/15/2025 | 24 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation.. (Marton, Ryan) (Filed on 12/15/2025) (Entered: 12/15/2025) |

| | | |
|---|---|---|
| 12/15/2025 | 25 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Orion Labs Tech, LLC.. (McDonough, James) (Filed on 12/15/2025) (Entered: 12/15/2025) |
| 12/17/2025 | 26 | STIPULATION WITH PROPOSED ORDER re 21 MOTION to Dismiss for Lack of Jurisdiction 9 *First Amended Complaint*, 22 MOTION to Change Venue *to the Western District of Texas Pursuant to 28 U.S.C. § 1404(a) and Equitable Considerations Stipulated Request for Order to Change Time* filed by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation. (Attachments: # 1 Declaration Declaration fo Ryan J. Marton in support of Stipulated Request for Order to Change Time)(Marton, Ryan) (Filed on 12/17/2025) (Entered: 12/17/2025) |
| 12/18/2025 | 27 | **ORDER Granting 26 Stipulated Request for Order Changing Time (MODIFIED BY THE COURT). Signed by Magistrate Judge Virginia K. DeMarchi on 12/18/2025. (smc, COURT STAFF) (Filed on 12/18/2025) (Entered: 12/18/2025)** |
| 12/31/2025 | 28 | ADR Clerks Notice re: Non-Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3-5(b) and shall file the ADR Certification. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(af, COURT STAFF) (Filed on 12/31/2025) (Entered: 12/31/2025) |
| 01/07/2026 | 29 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Marton, Ryan) (Filed on 1/7/2026) (Entered: 01/07/2026) |
| 01/09/2026 | 30 | OPPOSITION/RESPONSE (re 21 MOTION to Dismiss for Lack of Jurisdiction 9 *First Amended Complaint* ) filed by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation. (Attachments: # 1 Declaration of Ryan J. Marton in Support of Opposition to Motion to Dismiss FAC, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Marton, Ryan) (Filed on 1/9/2026) Modified on 1/12/2026 (kmg, COURT STAFF). (Entered: 01/09/2026) |
| 01/09/2026 | 31 | OPPOSITION/RESPONSE (re 22 MOTION to Change Venue *to the Western District of Texas Pursuant to 28 U.S.C. § 1404(a) and Equitable Considerations* ) filed by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation. (Attachments: # 1 Declaration of Vijay Sundaram, # 2 Declaration Declaration of Ryan Marton, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19)(Connolly, Songmee) (Filed on 1/9/2026) Modified on 1/12/2026 (kmg, COURT STAFF). (Entered: 01/09/2026) |
| 01/12/2026 | 32 | **ORDER Continuing Initial Case Management Conference. Case Management Statement due by 2/17/2026. Initial Case Management Conference set for 2/24/2026 01:30 PM in San Jose via Zoom video conference. Signed by Magistrate Judge Virginia K. DeMarchi on 1/12/2026. (vkdlc1, COURT STAFF) (Filed on 1/12/2026) (Entered: 01/12/2026)** |
| 01/12/2026 | 33 | **ORDER Directing Defendant to Deliver Chambers Copies of 21 Motion to Dismiss** |

|   |   |   |
|---|---|---|
|   |   | and 22 Motion to Transfer. Signed by Magistrate Judge Virginia K. DeMarchi on 1/12/2026. (vkdlc1, COURT STAFF) (Filed on 1/12/2026) (Entered: 01/12/2026) |
| 01/13/2026 | 34 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (McDonough, James) (Filed on 1/13/2026) (Entered: 01/13/2026) |
| 01/15/2026 | 35 | STIPULATION WITH PROPOSED ORDER *To Continue Hearing on Defendant's Motions* filed by Orion Labs Tech, LLC. (McDonough, James) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/16/2026 | 36 | **ORDER Granting 35 Stipulation to Continue Hearing on Defendant's Motions. Motion Hearings re 21 22 set for 2/3/2026 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. Signed by Magistrate Judge Virginia K. DeMarchi on 1/16/2026. (vkdlc1, COURT STAFF) (Filed on 1/16/2026) (Entered: 01/16/2026)** |
| 01/16/2026 | 37 | REPLY in Support (re 22 MOTION to Change Venue *to the Western District of Texas Pursuant to 28 U.S.C. § 1404(a) and Equitable Considerations* ) filed by Orion Labs Tech, LLC. (McDonough, James) (Filed on 1/16/2026) Modified on 1/20/2026 (kmg, COURT STAFF). (Entered: 01/16/2026) |
| 01/16/2026 | 38 | REPLY in Support (re 21 MOTION to Dismiss for Lack of Jurisdiction 9 *First Amended Complaint* ) filed by Orion Labs Tech, LLC. (McDonough, James) (Filed on 1/16/2026) Modified on 1/20/2026 (kmg, COURT STAFF). (Entered: 01/16/2026) |
| 01/21/2026 | 39 | **ORDER Directing Defendant to Deliver Chambers Copies of 37 38 Reply Papers. Signed by Magistrate Judge Virginia K. DeMarchi on 1/21/2026. (vkdlc1, COURT STAFF) (Filed on 1/21/2026) (Entered: 01/21/2026)** |
| 02/03/2026 | 40 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Motion to Dismiss 21 and Motion to Transfer 22 Hearing held on 2/3/2026.<br><br>The Court heard oral arguments. Order to be issued.<br><br>Plaintiffs' Counsel: Ryan Marton.<br>Defendant's Counsel: James McDonough.<br><br>No Reporter. Liberty Recording: 11:19 A.M. - 12:12 P.M. Total time: 53 minutes.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (smc, COURT STAFF) (Date Filed: 2/3/2026) (Entered: 02/03/2026) |
| 02/17/2026 | 41 | CASE MANAGEMENT STATEMENT filed by Zoho Corporation, Zoho Corporation PVT. LTD, Zoho Technologies Corporation. (Marton, Ryan) (Filed on 2/17/2026) (Entered: 02/17/2026) |
| 02/20/2026 | 42 | **ORDER Continuing Initial Case Management Conference. Initial Case Management Conference set for 3/31/2026 01:30 PM in San Jose via Zoom video conference. Signed by Magistrate Judge Virginia K. DeMarchi on 2/20/2026. (vkdlc1, COURT STAFF) (Filed on 2/20/2026) (Entered: 02/20/2026)** |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2026 15:42:55 | | | |
| **PACER Login:** | connolly2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-08727-VKD |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |