# EXHIBIT 13

ADRMOP,CASREF,CONSENT

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:25-cv-05045-VKD

| | |
|---|---|
| Orion Labs Tech, LLC v. TalkDesk, Inc. | Date Filed: 06/16/2025 |
| Assigned to: Magistrate Judge Virginia K. DeMarchi | Jury Demand: Plaintiff |
| Relate Case Case: 5:25-cv-08727-VKD | Nature of Suit: 830 Patent |
| Case in other court: Virginia Eastern, 3:24-cv-00858 | Jurisdiction: Federal Question |
| Cause: 35:281 | |

**Plaintiff**

**Orion Labs Tech, LLC**   represented by   **James Francis McDonough, III**
Rozier Hardt McDonough PLLC
659 Auburn Avenue NE, Unit 254
Atlanta, GA 30312
404-564-1866
Email: jim@rhmtrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rueger Poynter**
Williams Mullen (Norfolk)
999 Waterside Dr
Suite 1700
Norfolk, VA 23510
(757) 473-5334
Fax: (757) 473-0395
Email: wpoynter@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F. McDonough, III**
Henginger Garrison Davis, LLC
3621 VInings Slope, Suite 4320
Atlanta, GA 30339
404-996-0864
Fax: 205-326-3332
Email: jmcdonough@hgdlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Ephraim Hatch**
Hatch Law PC

13323 Washington Blvd.
Suite 302
Los Angeles, CA 90066
310-279-5076
Email: ryan@hatchlaw.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Talkdesk, Inc.** represented by **Ahmed Jamal Davis**
Fish & Richardson PC (DC)
1425 K St NW
Suite 1100
Washington, DC 20005
(202) 783-5070
Email: adavis@fr.com
*TERMINATED: 06/17/2025*
*LEAD ATTORNEY*

**Ahmed J. Davis**
Fish & Richardson - Ahmed Davis
1000 Maine Ave SW Suite 1000
Washington, DC 20024
202-783-5070
Email: ajd@fr.com
*TERMINATED: 06/17/2025*

**Andria Rae Crisler**
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
214-760-6138
Fax: 214-747-2091
Email: crisler@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Brandon Conrad**
Fish and Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070
Email: conrad@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Samuel Siegel**
Fish & Richardson
12860 El Camino Real
Suite 400
San Diego, CA 92130
858-678-4360
Email: siegel@fr.com
*ATTORNEY TO BE NOTICED*

**Neil J. McNabnay**
Fish and Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
Email: mcnabnay@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neil Joseph McNabnay**
Fish & Richardson (TX-NA)
1717 Main Street
Suite 5000
Dallas, TX 75201
NA
214-292-5070
Fax: 214-747-2091
Email: mcnabnay@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodeen Talebi**
Fish & Richardson
4695 MacArthur Court
Ste 1100
Newport Beach, CA 92660
949-623-7640
Email: talebi@fr.com
*ATTORNEY TO BE NOTICED*

**Taylor May Reeves**
Fish & Richardson
222 Delaware Ave.
Ste 17th Floor
Wilmington, DE 19801
570-614-8117
Email: reeves@fr.com
*PRO HAC VICE*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
| **Counter-claimant** |  |  |
| **Talkdesk, Inc.** | represented by | **Ahmed Jamal Davis**<br>(See above for address)<br>*TERMINATED: 06/17/2025*<br>*LEAD ATTORNEY* |
|  |  | **Ahmed J. Davis**<br>(See above for address)<br>*TERMINATED: 06/17/2025* |
|  |  | **Andria Rae Crisler**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **David Brandon Conrad**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Neil J. McNabnay**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Neil Joseph McNabnay**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Taylor May Reeves**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Orion Labs Tech, LLC** | represented by | **James Francis McDonough , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **William Rueger Poynter** |

(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**James F. McDonough , III**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Ryan Ephraim Hatch**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2024 | 1 | Complaint ( Filing fee $ 405, receipt number AVAEDC-9872537.), filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Civil Cover Sheet)(Poynter, William) (Entered: 11/27/2024) |
| 11/27/2024 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Orion Labs Tech, LLC. (Poynter, William) (Entered: 11/27/2024) |
| 11/27/2024 | 3 | Proposed Summons by Orion Labs Tech, LLC (Poynter, William) (Entered: 11/27/2024) |
| 11/27/2024 | 4 | NOTICE by Orion Labs Tech, LLC *of Filing of Report on the Filing or Determination of an Action Regarding a Patent or Trademark* (Poynter, William) (Entered: 11/27/2024) |
| 12/02/2024 |  | Case transferred in from Alexandria Division, Case Number 1:24cv2146. Case assigned to Judge District Judge Roderick C. Young. (jsmi, ) (Entered: 12/02/2024) |
| 12/03/2024 | 5 | Summons Issued as to TalkDesk, Inc. **NOTICE TO ATTORNEY:** Please remove the headers and print two duplex copies of the Electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention. Electronically file the summons return using the filing events Summons Returned Executed or Summons Returned Unexecuted. Please ensure that the original summons page signed by the clerk is the first document to appear when filing the return of service. (ewat, ) (Entered: 12/03/2024) |
| 12/23/2024 | 6 | Consent MOTION for Extension *of Time for Defendant to File Responsive Pleadings to Plaintiff's Complaint* by TalkDesk, Inc.. (Attachments: # 1 Proposed Order)(Davis, Ahmed) (Entered: 12/23/2024) |
| 01/02/2025 | 7 | ORDER - This matter is before the Court on Defendant TalkDesk, Inc.'s Consent Motion for Extension of Time for Defendant to File Responsive Pleadings to Plaintiff's Complaint ("Motion for Extension," ECF No. 6 ), in which Defendant requests a 30-day |

| | | |
|---|---|---|
| | | extension of time to file responsive pleadings to the Complaint. Based on the consent of Plaintiff Orion Labs Tech, LLC, and otherwise for good cause shown, the Court GRANTS the Motion for Extension (ECF No. 6 ). Defendant shall file its responsive pleadings on or before January 29, 2025. It is SO ORDERED. Signed by District Judge Roderick C. Young on 01/02/2025. (ewat, ) (Entered: 01/02/2025) |
| 01/29/2025 | 8 | NOTICE of Appearance by Andria Rae Crisler on behalf of TalkDesk, Inc. (Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 9 | MOTION to Dismiss *or, In the Alternative, to Transfer to the Northern District of California* by TalkDesk, Inc.. (Attachments: # 1 Proposed Order)(Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 10 | Memorandum in Support re 9 MOTION to Dismiss *or, In the Alternative, to Transfer to the Northern District of California* filed by TalkDesk, Inc.. (Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 11 | Declaration re 9 MOTION to Dismiss *or, In the Alternative, to Transfer to the Northern District of California*, 10 Memorandum in Support by TalkDesk, Inc.. (Attachments: # 1 Exhibit 1 - Orion Labs Tech LLC Report, # 2 Exhibit 2 - Orion contact page, # 3 Exhibit 3 - Albrecht Profile, # 4 Exhibit 4 - Black Profile, # 5 Exhibit 5 - Juhlin Profile, # 6 Exhibit 6 - Phung Profile, # 7 Exhibit 7 - Robbins Profile, # 8 Exhibit 8 - Simpson Profile)(Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 12 | MOTION to Seal *Declaration of Rei Kasai* by TalkDesk, Inc.. (Attachments: # 1 Exhibit A - Proposed Order)(Crisler, Andria) . (Entered: 01/29/2025) |
| 01/29/2025 | 13 | Notice of Filing Sealing Motion LCvR5(C) by TalkDesk, Inc. re 12 MOTION to Seal *Declaration of Rei Kasai* (Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 14 | Sealed Document re 12 MOTION to Seal *Declaration of Rei Kasai*. (Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 15 | Memorandum in Support re 12 MOTION to Seal *Declaration of Rei Kasai* filed by TalkDesk, Inc.. (Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 16 | ANSWER to Complaint *Affirmative Defenses and*, COUNTERCLAIM against Orion Labs Tech, LLC by TalkDesk, Inc..(Crisler, Andria) (Entered: 01/29/2025) |
| 01/29/2025 | 17 | Corporate Disclosure Statement by TalkDesk, Inc.. (Crisler, Andria) (Entered: 01/29/2025) |
| 01/30/2025 | 18 | LOCAL CIVIL RULE 7(E) STANDING ORDER.Signed by District Judge Roderick C. Young on 7/16/2024. (ewat, ) (Entered: 01/30/2025) |
| 01/31/2025 | 19 | Redacted version of 14 Sealed Document *Declaration of Rei Kasai*. (Crisler, Andria) (Entered: 01/31/2025) |
| 02/11/2025 | 20 | Joint MOTION *to Extend the Deadlines for Defendant's Motion to Dismiss or Transfer and to Conduct Expedited Venue Discovery* by Orion Labs Tech, LLC. (Attachments: # 1 Proposed Order)(Poynter, William). (Entered: 02/11/2025) |

| | | |
|---|---|---|
| 02/13/2025 | 21 | Motion to appear Pro Hac Vice by James Francis McDonough, III and Certification of Local Counsel William Rueger Poynter Filing fee $ 75, receipt number AVAEDC-10007807. by Orion Labs Tech, LLC. (Poynter, William) (Entered: 02/13/2025) |
| 02/13/2025 | 22 | ORDER - In light of the joint nature of the request, and otherwise for good cause shown, the Court GRANTS the Joint Motion (ECF No. 20 ). The Court ORDERS the parties to comport with the following schedule for venue-related discovery and completion of the briefing for the Motion to Dismiss or Transfer: SEE ORDER FOR DETAILS. It is SO ORDERED. Signed by District Judge Roderick C. Young on 2/13/2025. (ewat, ) (Entered: 02/13/2025) |
| 02/18/2025 | 23 | ORDER granting 21 Motion for Pro hac vice James F McDonough, III for Orion Labs Tech, LLC,James F McDonough, III for Orion Labs Tech, LLC. Signed by District Judge Roderick C. Young on 2/18/2025. (adun, ) (Entered: 02/18/2025) |
| 02/19/2025 | 24 | ANSWER to Counterclaim re 16 Answer to Complaint, Counterclaim by Orion Labs Tech, LLC. (Poynter, William) (Entered: 02/19/2025) |
| 03/03/2025 | 25 | ORDER - Upon due consideration, and with no objections having been filed, the Court finds good cause and hereby GRANTS Defendant's Motion to Seal (ECF No. 12 ). The Declaration having already been filed under seal, see ECF No. 14 , the Clerk is hereby DIRECTED to preserve the filing under seal. Let the Clerk file this Order electronically and notify all counsel of record accordingly. SEE ORDER FOR DETAILS. It is so ORDERED. Signed by District Judge Roderick C. Young on 3/3/2025. (ewat, ) (Entered: 03/03/2025) |
| 03/04/2025 | 26 | Motion to appear Pro Hac Vice by Neil J. McNabnay and Certification of Local Counsel Ahmed J. Davis Filing fee $ 75, receipt number AVAEDC-10041156. by TalkDesk, Inc.. (Davis, Ahmed) (Entered: 03/04/2025) |
| 03/12/2025 | 27 | Motion to appear Pro Hac Vice by David Brandon Conrad and Certification of Local Counsel Andria Rae Crisler Filing fee $ 75, receipt number AVAEDC-10058804. by TalkDesk, Inc.. (Crisler, Andria) (Entered: 03/12/2025) |
| 03/25/2025 | | DISREGARD - duplicate fee - Atty notified - Electronic Fee Payment - Pro Hac Vice as to 27 Motion to appear Pro Hac Vice by David Brandon Conrad and Certification of Local Counsel Andria Rae Crisler by TalkDesk, Inc.. Filing fee $ 75, receipt number AVAEDC-10081074.. (Crisler, Andria) Modified on 3/25/2025 (mful, ). (Entered: 03/25/2025) |
| 03/25/2025 | 28 | ORDER granting 26 Motion for Pro hac vice. Neil Joseph McNabnay Appointed for TalkDesk, Inc. Signed by District Judge Roderick C. Young on 3/25/2025. (ewat, ) (Entered: 03/25/2025) |
| 04/03/2025 | 29 | Motion to appear Pro Hac Vice by Taylor May Reeves and Certification of Local Counsel Andria Rae Crisler Filing fee $ 75, receipt number AVAEDC-10101431. by TalkDesk, Inc.. (Crisler, Andria) (Entered: 04/03/2025) |
| 04/11/2025 | 30 | ORDER granting 27 Motion for David Brandon Conrad to appear Pro hac vice for TalkDesk, Inc., and TalkDesk, Inc. Signed by District Judge Roderick C. Young on |

| | | |
|---|---|---|
| | | 4/11/2025. (jenjones, ) (Entered: 04/11/2025) |
| 04/11/2025 | 31 | ORDER granting 29 Motion for Taylor May Reeves to appear Pro hac vice for TalkDesk, Inc., and TalkDesk, Inc. Signed by District Judge Roderick C. Young on 4/11/2025. (jenjones, ) (Entered: 04/11/2025) |
| 05/12/2025 | 32 | Joint MOTION for Extension of Time to Complete Discovery *Joint Motion for Extension of Time to Complete Venue Discovery* by TalkDesk, Inc.. (Attachments: # 1 Proposed Order)(Crisler, Andria) (Entered: 05/12/2025) |
| 05/13/2025 | 33 | ORDER that the Court GRANTS the Joint Motion (ECF No. 32 ). As a result, the parties have leave to continue venue-related discovery through June 12, 2025. However, in the interest of the judicial economy, the Court DENIES Defendant's Motion to Dismiss or Transfer (ECF No. 9 ) WITHOUT PREJUDICE, based on the ongoing venue-related discovery. Should there be proper grounds to do so, Defendant may refile its motion within 14 days of the completion of venue-related discovery. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 05/13/2025. (Kski, ) (Entered: 05/13/2025) |
| 06/12/2025 | 34 | STIPULATION *to Transfer Venue to United States District Court of Northern California and [Proposed] Order* by TalkDesk, Inc.. (Crisler, Andria) (Entered: 06/12/2025) |
| 06/13/2025 | | Notice of Correction re 34 Stipulation: Attorney will need to correct and refile with the appropriate main document and the proposed order as an attachment. (ewat, ) (Entered: 06/13/2025) |
| 06/13/2025 | 35 | ORDER (Transferring Action) - Based on the stipulation of the parties (ECF No. 34 , and for good cause shown, the Court ORDERS, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), that this matter be TRANSFERRED to the United States District Court for the Northern District of California, where the litigation will continue in accordance with the agreement and stipulations of the parties, as recited above. The Clerk is DIRECTED to transfer the action in accordance with this Order. It is SO ORDERED. SEE ORDER FOR DETAILS. Signed by District Judge Roderick C. Young on 6/13/2025. (ewat, ) (Entered: 06/13/2025) |
| 06/13/2025 | 36 | Case transferred in from District of Virginia Eastern; Case Number 3:24-cv-00858. Original file certified copy of transfer order and docket sheet received. Modified on 6/16/2025 (pjf, COURT STAFF). (Entered: 06/16/2025) |
| 06/13/2025 | 37 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/10/2025. Initial Case Management Conference set for 9/17/2025 01:30 PM in Oakland, - Videoconference Only. (pjf, COURT STAFF) (Filed on 6/13/2025) (Entered: 06/16/2025)** |
| 06/16/2025 | 38 | NOTICE of Appearance filed by Rodeen Talebi on behalf of Talkdesk, Inc. (Talebi, Rodeen) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 39 | NOTICE of Appearance filed by Ryan Ephraim Hatch on behalf of Orion Labs Tech, LLC (Hatch, Ryan) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| | | |

| | | |
|---|---|---|
| 06/17/2025 | 40 | NOTICE of Withdrawal filed by Ahmed J. Davis, no longer appearing on behalf of Talkdesk, Inc. in this case (Davis, Ahmed) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 41 | CLERK'S NOTICE TO PLAINTIFF AND DEFENDANT Re: Consent or Declination: Plaintiff and Defendant shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 7/1/2025. (ig, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 42 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Orion Labs Tech, LLC.. (Hatch, Ryan) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 43 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice*. (ig, COURT STAFF) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/18/2025 | 44 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Yvonne Gonzalez Rogers. Magistrate Judge Donna M. Ryu no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* |

| | | |
|---|---|---|
| | | (amf, COURT STAFF) (Filed on 6/18/2025) (Entered: 06/18/2025) |
| 06/20/2025 | 45 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. You are hereby notified that the Initial Case Management Conference will be held by Zoom Webinar. Joint Case Management Statement is due by 9/15/2025. Initial Case Management Conference set for 9/22/2025, at 02:00 PM in Oakland, - Videoconference Only.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at YGRCRD@cand.uscourts.gov no later than September 19, 2025, at 12:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(eac, COURT STAFF) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 06/20/2025 | 46 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20811383.) filed by Talkdesk, Inc.. (Attachments: # 1 Certificate of Good Standing)(Conrad, David) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 06/23/2025 | 47 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 46 Motion for Pro Hac Vice (David Conrad). (eac, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025)** |
| 06/26/2025 | 48 | NOTICE of Appearance filed by Nathan Samuel Siegel on behalf of Talkdesk, Inc. (Siegel, Nathan) (Filed on 6/26/2025) (Entered: 06/26/2025) |
| 06/26/2025 | 49 | Joint MOTION for Entry of Proposed Briefing Schedule re 34 Stipulation, 35 Order,, filed by Talkdesk, Inc.. Responses due by 7/10/2025. Replies due by 7/17/2025. (Attachments: # 1 Proposed Order)(Talebi, Rodeen) (Filed on 6/26/2025) (Entered: 06/26/2025) |
| 07/10/2025 | 50 | **ORDER ON JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE by Judge Yvonne Gonzalez Rogers Granting 49 Motion. Plaintiff's Amended Complaint due by 7/14/2025. Defendant's Renewed Motion to Dismiss due by 8/4/2025. Plaintiff's Opposition due by 8/18/2025. Defendant's Reply due by 8/25/2025. (eac, COURT STAFF) (Filed on 7/10/2025) (Entered: 07/10/2025)** |
| 07/12/2025 | 51 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number |

| | | |
|---|---|---|
| | | ACANDC-20886284.) filed by Orion Labs Tech, LLC. (McDonough, James) (Filed on 7/12/2025) (Entered: 07/12/2025) |
| 07/14/2025 | 52 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 51 Motion for Pro Hac Vice (James McDonough, III). (eac, COURT STAFF) (Filed on 7/14/2025) (Entered: 07/14/2025)** |
| 07/14/2025 | 53 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20889492.) filed by Talkdesk, Inc.. (Attachments: # 1 Certificate of Good Standing)(Crisler, Andria) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/14/2025 | 54 | AMENDED COMPLAINT *for Patent Infringement* against Talkdesk, Inc.. Filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A. Evidence of Use of Infringement Regarding U.S. Patent No. 10,110,430, # 2 Exhibit B. Evidence of Use of Infringement Regarding U.S. Patent No. 10,462,003, # 3 Exhibit C. Evidence of Use of Infringement Regarding U.S. Patent No. 10,897,433, # 4 Exhibit D. Evidence of Use of Infringement Regarding U.S. Patent No. 10,924,339, # 5 Exhibit E. Evidence of Use of Infringement Regarding U.S. Patent No. 11,127,636, # 6 Exhibit F. Evidence of Use of Infringement Regarding U.S. Patent No. 11,258,733, # 7 Exhibit G. Evidence of Use of Infringement Regarding U.S. Patent No. 11,328,130, # 8 Declaration of Zatkovich)(McDonough, James) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/15/2025 | 55 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 53 Motion for Pro Hac Vice (Andria Rae Crisler). (eac, COURT STAFF) (Filed on 7/15/2025) (Entered: 07/15/2025)** |
| 08/04/2025 | 56 | MOTION to Dismiss *Plaintiff Orion Labs Tech, LLC's First Amended Complaint* filed by Talkdesk, Inc.. Motion to Dismiss Hearing set for 9/9/2025 02:00 PM in Oakland, Courtroom 1, 4th Floor. Responses due by 8/18/2025. Replies due by 8/25/2025. (Attachments: # 1 Proposed Order)(Talebi, Rodeen) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 57 | *Defendant Talkdesk, Inc.*' ANSWER to Amended Complaint *and Affirmative Defenses* by Talkdesk, Inc.. (Talebi, Rodeen) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/18/2025 | 58 | STIPULATION WITH PROPOSED ORDER re 50 Order on Motion for Miscellaneous Relief, *To Modify Briefing Schedule re:* 56 *Defendant's Motion to Dismiss the First Amended Complaint* filed by Orion Labs Tech, LLC. (Attachments: # 1 Proposed Order)(McDonough, James) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/19/2025 | 59 | **ORDER ON JOINT MOTION TO MODIFY BRIEFING SCHEDULE by Judge Yvonne Gonzalez Rogers Granting 58 Stipulation. (eac, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025)** |
| 08/19/2025 | | Reset Deadlines as to 56 MOTION to Dismiss *Plaintiff Orion Labs Tech, LLC's First Amended Complaint*. Plaintiff's Opposition due by 8/25/2025. Defendant's Reply due by 9/8/2025. (eac, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/20/2025 | 60 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21032424.) filed by Talkdesk, Inc.. (Attachments: # 1 Exhibit Certificate of |

| | | |
|---|---|---|
| | | Good Standing)(McNabnay, Neil) (Filed on 8/20/2025) (Entered: 08/20/2025) |
| 08/21/2025 | 62 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 60 Motion for Pro Hac Vice (Neil McNabnay). (eac, COURT STAFF) (Filed on 8/21/2025) (Entered: 08/22/2025)** |
| 08/22/2025 | 61 | MOTION for leave to appear in Pro Hac Vice *re Taylor Reeves* ( Filing fee $ 328, receipt number ACANDC-21041444.) filed by Talkdesk, Inc.. (Attachments: # 1 Certificate of Good Standing)(Reeves, Taylor) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/22/2025 | 63 | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER by Judge Yvonne Gonzalez Rogers Granting 61 Motion for Pro Hac Vice (Taylor Reeves). (eac, COURT STAFF) (Filed on 8/22/2025) (Entered: 08/22/2025)** |
| 08/25/2025 | 64 | OPPOSITION/RESPONSE (re 56 MOTION to Dismiss *Plaintiff Orion Labs Tech, LLC's First Amended Complaint* ) filed byOrion Labs Tech, LLC. (Attachments: # 1 Exhibit A. U.S. Patent No. 10,110,430, # 2 Exhibit B. U.S. Patent No. 10,462,003, # 3 Exhibit C. U.S. Patent No. 10,897,433, # 4 Exhibit D. U.S. Patent No. 10,924,339, # 5 Exhibit E. U.S. Patent No. 11,127,636, # 6 Exhibit F. U.S. Patent No. 11,258,733, # 7 Exhibit G. U.S. Patent No. 11,328,130, # 8 Appendix Cross-Reference Chart: Support For Statements In First Amended Complaint, # 9 Proposed Order)(McDonough, James) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 09/02/2025 | 65 | Joint MOTION to Continue *1) Hearing on Defendant's Motion to Dismiss (Dkt. No. 56), and 2) Status Conference (both to September 23, 2025)* filed by Orion Labs Tech, LLC. (Attachments: # 1 Proposed Order)(McDonough, James) (Filed on 9/2/2025) (Entered: 09/02/2025) |
| 09/03/2025 | 66 | **ORDER ON JOINT MOTION TO CONTINUE HEARING; AS AMENDED by Judge Yvonne Gonzalez Rogers Terminating 65 Motion to Continue. (eac, COURT STAFF) (Filed on 9/3/2025) (Entered: 09/03/2025)** |
| 09/08/2025 | 67 | REPLY (re 56 MOTION to Dismiss *Plaintiff Orion Labs Tech, LLC's First Amended Complaint* ) filed byTalkdesk, Inc.. (Talebi, Rodeen) (Filed on 9/8/2025) (Entered: 09/08/2025) |
| 09/12/2025 | 68 | JOINT CASE MANAGEMENT STATEMENT *and Rule 26(f) Report (with Proposed Schedule)* filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A: Parties' Schedule Proposal)(McDonough, James) (Filed on 9/12/2025) (Entered: 09/12/2025) |
| 09/23/2025 | 69 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Motion Hearing held on 9/23/2025. Total Time in Court: 14 minutes. Court Reporter: Not Reported. (eac, COURT STAFF) (Date Filed: 9/23/2025) (Entered: 09/23/2025)** |
| 10/09/2025 | 70 | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES. Matter is referred to Magistrate Judge Virginia K. DeMarchi for all purposes. Signed by Judge Yvonne Gonzalez Rogers on 10/9/2025. (eac, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/09/2025)** |
| 10/09/2025 | 71 | **ORDER REASSIGNING CASE** |

|  |  |  |  |
|---|---|---|---|
|  |  |  | IT IS ORDERED that this case is directly assigned to Magistrate Judge Virginia K. DeMarchi. Judge Yvonne Gonzalez Rogers no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br><br>(amf, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/09/2025) |
| 10/09/2025 | 72 | | CLERK'S NOTICE RESETTING MOTION HEARING FOLLOWING REASSIGNMENT. Motion Hearing as to 56 MOTION to Dismiss *Plaintiff Orion Labs Tech, LLC's First Amended Complaint* set for 12/9/2025 at 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (smc, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/09/2025) |
| 10/09/2025 | 73 | | **ORDER for Chambers Copies re Motion to Dismiss Briefing. Signed by Magistrate Judge Virginia K. DeMarchi on 10/9/2025. (vkdlc1, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/09/2025)** |
| 12/09/2025 | 74 | | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi:<br><br>Motion Hearing re 56 Motion to Dismiss held on 12/9/2025.<br><br>The Court heard oral arguments. Order to be issued.<br><br>Plaintiff's Counsel: James McDonough.<br>Defendant's Counsel: Taylor Reeves, David Conrad.<br><br>No Reporter. Liberty Recording: 9:58 - 11:32 A.M. Total Time: 1 hour 34 minutes. Transcriber - Tara Jauregui, email: echoreporting@yahoo.com<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (smc, COURT STAFF) (Date Filed: 12/9/2025) Modified on 12/10/2025 (lmh, COURT STAFF). (Entered: 12/09/2025) |
| 12/09/2025 | 75 | | TRANSCRIPT ORDER for proceedings held on 12/09/2025 before Magistrate Judge Virginia K. DeMarchi by Talkdesk, Inc., for Recorded Proceeding - San Jose. (Conrad, David) (Filed on 12/9/2025) **Transcriber - Tara Jauregui, email: echoreporting@yahoo.com** Modified on 12/10/2025 (lmh, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 12/09/2025) |
| 12/11/2025 | 76 | TRANSCRIPT ORDER for proceedings held on 12/9/2025 before Magistrate Judge Virginia K. DeMarchi for Recorded Proceeding - San Jose by Ryan Marton. (mkl, COURT STAFF) (Filed on 12/11/2025) **Transcriber - Tara Jauregui, email: echoreporting@yahoo.com** Modified on 12/11/2025 (lmh, COURT STAFF). (Entered: 12/11/2025) |
| 12/16/2025 | 77 | Transcript of Proceedings held on 12/09/25, before Judge Virginia K. DeMarchi. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 9:54 - 11:32. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 1/6/2026. Redacted Transcript Deadline set for 1/16/2026. Release of Transcript Restriction set for 3/16/2026. (Jauregui, Tara) (Filed on 12/16/2025) (Entered: 12/16/2025) |
| 12/23/2025 | 78 | TRANSCRIPT ORDER for proceedings held on 12/9/2025 before Magistrate Judge Virginia K. DeMarchi for Recorded Proceeding - San Jose. (mkl, COURT STAFF) (Filed on 12/23/2025) **Transcriber - Tara Jauregui, email: echoreporting@yahoo.com** Modified on 12/23/2025 (lmh, COURT STAFF). (Entered: 12/23/2025) |
| 01/12/2026 | 79 | TRANSCRIPT ORDER for proceedings held on 12/9/2025 before Magistrate Judge Virginia K. DeMarchi by Orion Labs Tech, LLC, for Recorded Proceeding - San Jose. (McDonough, James) (Filed on 1/12/2026) **Transcriber - Tara Jauregui, email: echoreporting@yahoo.com** Modified on 1/12/2026 (lmh, COURT STAFF). (Entered: 01/12/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2026 15:49:41 | | | |
| **PACER Login:** | connolly2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-05045-VKD |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |