# Exhibit 16



**WASHINGTON**
**Secretary of State**
**Corporations & Charities Division**

Filed
Secretary of State
State of Washington
Date Filed: 08/16/2024
Effective Date: 08/16/2024
UBI #: 605 593 888

# INITIAL REPORT

### UBI NUMBER

UBI Number:
**605 593 888**

### BUSINESS NAME

Business Name
**ORION LABS TECH, LLC**

### REGISTERED AGENT     RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| NATIONAL REGISTERED AGENTS, INC. | 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES | 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES |

### REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? * - **Yes**

### EFFECTIVE DATE

Effective Date:
**08/16/2024**

### OTHER PROVISIONS

Other Provisions:

### PRINCIPAL OFFICE

Phone:

Email:
**REGAGENT@TONKON.COM**

Street Address:
**16395 SW 108TH AVE, TUALATIN, OR, 97062, UNITED STATES**

Mailing Address:
**9208 NE HIGHWAY 99 STE 107 PMB 1110, VANCOUVER, WA, 98665-8986, UNITED STATES**

### GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | DANIEL | BURI |

## NATURE OF BUSINESS

Nature of Business:
**ANY LAWFUL PURPOSE**

## RETURN ADDRESS FOR THIS FILING

Attention:
**LANEY QUIGLEY**

Email:
**LANEY.QUIGLEY@TONKON.COM**

Address:
**888 SW 5TH AVE STE 1600, PORTLAND, OR, 97204-2030, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|---|---|
| 2024081300546109.pdf | CORRESPONDENCE |

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---|---|---|---|
| No Value Found. | | | |

## EMAIL OPT-IN

☑ I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑ Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**DANIEL**

Last Name:
**BURI**

Title:
**ORGANIZER**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024081300546109 - 1
Received Date: 08/13/2024
Amount Received: $200.00