# Exhibit 17

     



# Vitek IP

Business Consulting and Services

Traditional IP expertise. Cutting-edge software. Tangible market…

Follow

View all 11 employees

## Similar pages


**Tangible IP, LLC**
Legal Services
Seattle, Washington


**Adapt IP Ventures, LLC**
Business Consulting and Services
Asheville, North Carolina


**TransactionsIP LLC**
Information Technology & Services
Suffern, New York


**ICAP Patent Brokerage**
Financial Services
New York, NY

Show more similar pages

## About us

Vitek IP combines traditional IP expertise with cutting-edge software and technology to create tangible market value for clients. As an Intellectual Property advisory, we focus on uncovering and maximizing patent value for small to mid-tier technology companies. With decades of experience in patent transactions, patent consulting, and technology development, Vitek provides its clients exceptional guidance navigating the patent landscape, from invention development and patent valuation in the early stages of innovation, to patent sales and acquisition for companies with sophisticated IP strategies.

| | |
|---|---|
| Website | http://www.vitek-ip.com |
| Industry | Business Consulting and Services |
| Company size | 2-10 employees |
| Headquarters | Portland |
| Type | Partnership |
| Founded | 2019 |

## Locations

Primary
Portland, US
Get directions

## Employees at Vitek IP


Daniel Buri


Katrina Piper-Owyns


Jessica Jones

 Alia Pasquale

See all employees

## Updates

**Vitek IP reposted this**

 **Vitek IP**
226 followers
4mo

At **Vitek IP**, we don't just broker patents — we represent high-quality portfolios from industry leaders.

If you're serious about unlocking value from your IP, we want to work with you…

https://lnkd.in/ggf4AQcg

40

Like        Comment        Share

**Vitek IP**
226 followers
3w · Edited

A third sale in just the last few weeks. Vitek IP is leaving a final imprint on 2025.

8 patents (2 families) related to mobile advertisement.

Helping another small tech company realize monetary value from their innovations. ❤️ 💪

https://lnkd.in/gVKMYHW5

**Vitek IP Announces the Availability of the Cross-Device Ad Synchronization Patent Portfolio (SOLD)**
https://vitek-ip.com

11

Like        Comment        Share

**Vitek IP**
226 followers
1mo

Only 3 patents in 1 family, but still driving value for our clients.

This one will increase the average patent family price in that patent data you see floating around. 😉 😃

https://lnkd.in/gQ4WzUBy

**Vitek IP Announces the Availability of the Hardened Cloud Computing Patent Portfolio (SOLD)**
https://vitek-ip.com

4

Like                    Comment                    Share

**Vitek IP**
226 followers
1mo

Another successful sale for Vitek IP clients!

This portfolio had very long and detailed claims. Excellent work by our team to find the value in such a unique portfolio.

> **Alex Avstreykh**
> 11mo · Edited
>
> My colleagues and I at Vitek IP are pleased to roll out our latest brokerage offering -- the Intelligent Photo Management portfolio includes 11 issued US patents and discloses using ML/AI to categorize and group images by person, object, or location. The technology is highly relevant to photo organizer apps running on mobile devices. Contact me to learn more.
>
> **Vitek IP Announces the Availability of the Intelligent Photo Management Patent Portfolio**
> https://vitek-ip.com

Like                    Comment                    Share

**Vitek IP reposted this**

**Daniel Buri**
4mo

It's always an honor to be named one of the top 300 IP strategy minds in the world.

Candidly though—I'm much more thrilled that Vitek has 4 team members on this list. Pretty darn impressive.

There's a reason Vitek is as good as it is advising clients on IP strategies, and I'll let you in on a secret—it's the team, not me.

Appreciate the nod IAM 👏 🥂

> **Vitek IP**
> 226 followers
> 4mo
>
> Vitek IP is pleased to announce that FOUR members of our team have been named to the 2025 IAM Strategy 300.
>
> Vitek CEO Daniel Buri has been selected as a top IP strategist in the world for 14 years and counting.
>
> Vitek CTO A. Mark Jones Jones has once again been named to the Top 300 for the 6th straight year.
>
> Vitek Associate Director Alex Avstreykh has been selected as a leading IP strategist for the 2nd straight time!
>
> And Vitek Director of IP Andrew Gabriel has been selected for the 1st time.
>
> The annual IAM Strategy 300 ranking is highly regarded as a definitive list of elite IP professionals. The inclusion of FOUR Vitek team members on such a short, esteemed list is testament to Vitek's continued impact in the patent market and with clients.
>
> Congrats to the Vitek IP Team!!! 🥳 🎉 🥂
>
> For more on the IAM Strategy 300: https://lnkd.in/d_bMpr_k



30 · 5 Comments

Like    Comment    Share

**Vitek IP**
226 followers
4mo

Vitek IP is pleased to announce that FOUR members of our team have been named to the 2025 IAM Strategy 300.

Vitek CEO Daniel Buri has been selected as a top IP strategist in the world for 14 years and counting.

Vitek CTO A. Mark Jones Jones has once again been named to the Top 300 for the 6th straight year.

Vitek Associate Director Alex Avstreykh has been selected as a leading IP strategist for the 2nd straight time!

And Vitek Director of IP Andrew Gabriel has been selected for the 1st time.

The annual IAM Strategy 300 ranking is highly regarded as a definitive list of elite IP professionals. The inclusion of FOUR Vitek team members on such a short, esteemed list is testament to Vitek's continued impact in the patent market and with clients.

Congrats to the Vitek IP Team!!! 🥳 🎉 🥂

For more on the IAM Strategy 300: https://lnkd.in/d_bMpr_k

3

Like         Comment         Share

**Vitek IP**
226 followers
4mo

At Vitek IP, we don't just broker patents — we represent high-quality portfolios from industry leaders.

If you're serious about unlocking value from your IP, we want to work with you...

https://lnkd.in/ggf4AQcg

40

Like    Comment    Share

Vitek IP reposted this

**Daniel Buri**
4mo

**Vitek IP** is excited to be bringing **Alia Pasquale** onto the Vitek team full time!

Client demand for patent services continues to grow. Alia will be another strong addition to our already impressive team. An embarrassment of riches you could say.

Looking forward to continuing to provide the highest level service to Vitek clients even as client demands continue to increase.

32 · 2 Comments

Like          Comment          Share

**Vitek IP** reposted this

**Daniel Buri**
9mo

Pleased to say that Vitek continues to put out excellent work closing yet another mid-7-figure transaction for our clients. 👏 👏 👏 👏

39 video streaming patents used by leaders in (1) Streaming Content, (2)Teleconferencing, and (3) Video Hosting. 📺 📞 📼

The team here at **Vitek IP** continues to impress!

**https://lnkd.in/gRt-guVU**

**Vitek IP Announces the Availability of the Video Streaming Patent Portfolio**
https://vitek-ip.com

38 · 12 Comments

Like          Comment          Share

**Vitek IP reposted this**

**Jim Jackson**
5mo

It's been an exciting year so far and we've recently started working on some new portfolios that should add to our number of seven figure deals we close this year.

> **Vitek IP**
> 226 followers
> 7mo
>
> The last few quarters have been active for Vitek's Brokerage Practice—over $14 million in transactions.
>
> Notable transactions:
>
> - $4.5M sale
> - $1.4M sale
> - $1.4M license
> - $1.25M sale
> - $1.1M license
> - $2.825M license
>
> Technologies for these patent portfolios include AI, Automotive, Streaming, Earbuds, NFC Payments and Cloud Services.
>
> The second half of 2025 doesn't appear to be slowing down.

1

Like          Comment          Share

More searches

© 2026   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices

Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language