# Exhibit 18

  Top Content  People  Learning  **Sign in** Join now for free



## Daniel Buri

Portland, Oregon, United States

3K followers · 500+ connections

See your mutual connections

**Vitek IP**

**Lewis & Clark Law School**

Join to view profile

## About

CEO of Vitek IP. Patent brokerage, invention creation, & patent analysis.

Vitek IP... see more

## Services

### Other similar profiles

**Ralph Schroeder**
Tampa, FL


**Chaz De La Garza**
Austin, TX


**Stuart Blake**
Encinitas, CA


**Matt Storms**
Madison, WI


**Liraz Geva**
New York, NY
+ Connect

**George Walton**
Springfield, VA


Legal Consulting        Financial Consulting

**Request proposal**

## Articles by Daniel

Dec 14, 2020
**The Patent System...**
The American patent system was hijacked by large tech companies, who have become so unstoppably big that the government...

33 · 11 Comments

Dec 13, 2019
**Patents Have Entere...**
In a landscape of amorphous patent rights, shifting legal precedence, toothless expert opinions, fluctuating patent...

20 · 1 Comment

**Antonio de Cardenas JD/MBA**
Los Angeles Metropolitan Area

**Connect**

**Anthony Hayes**
New York, NY

**Connect**

**D Bommi Bommannan**
Los Altos, CA

**Connect**

**Kevin Jakel**
Washington DC-Baltimore Area

**Connect**

### Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

**View top content**

### Add new skills with these courses

**Dec 10, 2019**
**How to stretch your ...**
Convincing senior management to allocate more money to an IP department can be one of the biggest challenges for...
9

2h 17m — **Practical Database Design: Implementing Responsible Data Solutions with SQL Querying**

56m — **Building a Superstar Brand**

1h 33m — **Actionable Insights and Business Data in Practice**

## Activity

**When we're able to...**
Shared by Daniel Buri

**See all courses**

**Well done by the tea...**
Shared by Daniel Buri

**Very interesting...**
Liked by Daniel Buri

Join now to see all activity

## Experience & Education



## More activity by Daniel

Maybe we'll begin t...
Shared by Daniel Buri

A lot have...
Shared by Daniel Buri

We've been talking...
Liked by Daniel Buri

I'm thrilled to be on...
Liked by Daniel Buri

In the second quart...
Liked by Daniel Buri

Vitek IP is excited to...
Posted by Daniel Buri

Daniel Buri - Vitek IP | LinkedIn

1/4/26, 12:12 PM

## View Daniel's full profile

- See who you know in common
- Get introduced
- Contact Daniel directly

Join to view full profile

© 2026   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices

Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language

https://www.linkedin.com/in/daniel-buri-37a1a37

Page 6 of 6