# Exhibit 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPRINKLR, INC., <br><br> Defendant. | Civil Action No. 7:25-cv-00133 |

## JOINT MOTION FOR
## INTRADISTRICT TRANSFER TO THE AUSTIN DIVISION

Pursuant to 28 U.S.C. § 1404(a) and (b), Defendant Sprinklr, Inc. and Plaintiff Orion Labs Tech, LLC respectfully jointly request that the Court transfer this action to the Austin Division of the United States District Court for the Western District of Texas. Transfer of this action is appropriate because the action could have been brought in the Austin Division and the Austin Division is more convenient for both parties.

On March 20, 2025, Plaintiff filed suit against Defendant Sprinklr, Inc. for alleged patent infringement. ECF No. 1. Defendant Sprinklr is a corporation registered and organized under the laws of Delaware. Sprinklr has an office located in the Austin Division of this District at 2201 E 6th Street, Austin, Texas 78702. Sprinklr has employees who work and reside in the Austin Division, some of whom have relevant knowledge about the accused products in this case. Further, Sprinklr does not have any employees or offices within the Midland/Odessa Division. Plaintiff does not allege any facts in the Complaint showing that Orion Labs has a presence in the Midland/Odessa Division. Plaintiff is a limited liability company formed under the laws of

Washington state with a registered office address located at 19835 SW 108th Ave, Tualatin, Oregon 97062. ECF. No 1 at ¶3.

Counsel for Plaintiff and counsel for Defendant met and conferred regarding venue. During the meet-and-confer, counsel for Defendant advised counsel for Plaintiff that Defendant would move to transfer venue because neither Plaintiff nor Defendant has a presence in the Midland/Odessa Division. Counsel for Plaintiff advised that, for the convenience of the parties and to avoid burdensome motion practice, Plaintiff would consent to intradistrict transfer to the Austin Division.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The parties consent to the transfer of this case to the Austin Division of this District and stipulate at least for this action that venue is proper in the Austin Division. Courts give such agreement considerable weight. *See Torus Ventures LLC v. VA Claims Insider, LLC*, ECF No. 9, No. 7:25-cv-00012-DC-DTG (W.D. Tex. Mar. 24, 2025).

Therefore, the parties respectfully request that this Court enter an Order to transfer this case to the United States District Court for the Western District of Texas, Austin Division. A proposed order is attached hereto.

2

DATED: May 23, 2025                                             Respectfully submitted,


                                                                /s/ Jeanne M. Heffernan
                                                                Jeanne M. Heffernan
                                                                TBN 24128395
                                                                KIRKLAND & ELLIS LLP
                                                                401 Congress Avenue
                                                                Austin, TX 78701
                                                                (512) 678-9100
                                                                jheffernan@kirkland.com

                                                                Christopher Buxton
                                                                TBN 24116154
                                                                KIRKLAND & ELLIS LLP
                                                                4550 Travis Street
                                                                Dallas, Texas 75205
                                                                (214) 972-1770
                                                                christopher.buxton@kirkland.com

                                                                Joseph A. Loy, P.C.
                                                                (petition for admission forthcoming)
                                                                KIRKLAND & ELLIS LLP
                                                                601 Lexington Avenue
                                                                New York, NY 10022
                                                                (212) 446-4980
                                                                joseph.loy@kirkland.com

                                                                ***Attorneys for Defendant Sprinklr, Inc.***

2

*/s/ James F. McDonough, III*
James F. McDonough, III (GA 117088)
Jonathan R. Miller (GA 507179)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

***Attorneys for Plaintiff Orion Labs Tech, LLC***

## CERTIFICATE OF CONFERENCE

Counsel for Defendant conferred with counsel for Plaintiff on May 19, 2025, and shared a copy of this motion with Plaintiff on May 22, 2025. Plaintiff stated that it is would join the Motion to Transfer Under 28 U.S.C. § 1404(b) to the Austin Division.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 23, 2025 with a copy of this document via the Court's CM/ECF system.

/s/ Jeanne M. Heffernan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPRINKLR, INC., <br><br> Defendant. | Civil Action No. 7:25-cv-00133 |

## ORDER GRANTING JOINT MOTION
## TO TRANSFER VENUE TO THE AUSTIN DIVISION

Before the Court is the parties' Motion for Intra-District Transfer Under 28 U.S.C. § 1404(a) and (b). Defendant Sprinklr, Inc. represents that it resides in the Austin Division and venue, therefore, is proper in the Austin Division at least for this action. The parties further represent in the motion that neither party has a presence in Midland/Odessa and that relevant witnesses may reside in the Austin Division.

Having considered the motion, the applicable law, and the relevant facts, the Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk of Court is respectfully directed to transfer Case No. 7:25-cv-00133 to the U.S. District Court for the Western District of Texas, Austin Division, without delay.

SIGNED this 20th day of June, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

| Query | Reports | Utilities | Help | Log Out |

MOTION_REFERRED,PATENT

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01100-RP

Orion Labs Tech, LLC v. Sprinklr, Inc.  
Assigned to: Judge Robert Pitman  
Related Case: 7:25-cv-00133-DC-DTG  
Cause: 35:271 Patent Infringement  

Date Filed: 03/20/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Orion Labs Tech, LLC**  represented by  **Jonathan L. Hardt**  
Rozier Hardt McDonough PLLC  
712 W. 14th Street  
Suite A  
Austin, TX 78701  
210-289-7541  
Email: hardt@rhmtrial.com  
*ATTORNEY TO BE NOTICED*

**Jonathan R. Miller**  
Rozier Hardt McDonough PLLC  
659 Auburn Avenue NE  
Ste Unit 254  
Atlanta, GA 30312  
404-564-1863  
Email: miller@rhmtrial.com  
*ATTORNEY TO BE NOTICED*

**James F. McDonough**  
Rozier Hardt McDonough PLLC  
659 Auburn Avenue NE, Unit 254  
Atlanta, GA 30312  
404-564-1866  
Email: jim@rhmtrial.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sprinklr, Inc.**  represented by  **Jeanne M. Heffernan**

Kirkland & Ellis LLP
401 W. Fourth Street
Austin, TX 78701
512-678-9100
Email: jheffernan@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Loy**
Kirkland & Ellis LLP
601 Lexington Avenue, 44th Floor
New York, NY 10022
212-446-4800
Email: joseph.loy@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon R. Weber**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-341-7420
Email: brandon.weber@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Alan Buxton**
Kirkland & Ellis LLP
4450 Travis Street
Dallas, TX 75205
214-432-4975
Email: christopher.buxton@kirkland.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2025 | 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC-19941781), filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A. Evidence of Use Regarding Infringement of U.S. Patent No. 10,110,430, # 2 Exhibit B. Evidence of Use Regarding Infringement of U.S. Patent No. 10,462,003, # 3 Exhibit C. Evidence of Use Regarding Infringement of U.S. Patent No. 10,924,339, # 4 Exhibit D. Evidence of Use Regarding Infringement of U.S. Patent No. 11,127,636, # 5 Exhibit E. Evidence of Use Regarding Infringement of U.S. Patent No. 11,258,733, # 6 Civil Cover Sheet) (McDonough, James) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | RULE 7 DISCLOSURE STATEMENT filed by Orion Labs Tech, LLC. (McDonough, James) (Entered: 03/20/2025) |

| | | |
|---|---|---|
| 03/20/2025 | 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (McDonough, James) (Entered: 03/20/2025) |
| 03/20/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS by Orion Labs Tech, LLC. (McDonough, James) (Entered: 03/20/2025) |
| 03/20/2025 | | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (jb3) (Entered: 03/21/2025) |
| 03/21/2025 | 5 | NOTICE of Attorney Appearance by Jonathan R. Miller on behalf of Orion Labs Tech, LLC. Attorney Jonathan R. Miller added to party Orion Labs Tech, LLC(pty:pla) (Miller, Jonathan) (Entered: 03/21/2025) |
| 03/21/2025 | 6 | NOTICE of Attorney Appearance by Jonathan L. Hardt on behalf of Orion Labs Tech, LLC. Attorney Jonathan L. Hardt added to party Orion Labs Tech, LLC(pty:pla) (Hardt, Jonathan) (Entered: 03/21/2025) |
| 03/21/2025 | 7 | Summons Issued as to Sprinklr, Inc. (jb3) (Entered: 03/21/2025) |
| 03/24/2025 | 8 | ORDER AND ADVISORY. CASE REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (jb3) (Entered: 03/24/2025) |
| 03/27/2025 | 9 | SUMMONS Returned Executed by Orion Labs Tech, LLC. Sprinklr, Inc. served on 3/25/2025, answer due 4/15/2025. (McDonough, James) (Entered: 03/27/2025) |
| 04/09/2025 | 10 | NOTICE of Attorney Appearance by Jeanne M. Heffernan on behalf of Sprinklr, Inc.. Attorney Jeanne M. Heffernan added to party Sprinklr, Inc.(pty:dft) (Heffernan, Jeanne) (Entered: 04/09/2025) |
| 04/09/2025 | 11 | NOTICE of Attorney Appearance by Christopher Alan Buxton on behalf of Sprinklr, Inc.. Attorney Christopher Alan Buxton added to party Sprinklr, Inc.(pty:dft) (Buxton, Christopher) (Entered: 04/09/2025) |
| 04/09/2025 | 12 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, by Sprinklr, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Heffernan, Jeanne) (Entered: 04/09/2025) |
| 04/09/2025 | 13 | Pro Hac Vice Letter to attorney **Joseph A. Loy** (jb3) (Entered: 04/09/2025) |
| 04/10/2025 | | Text Order GRANTING 12 [First] Motion for Extension of Time to Answer entered by Judge Derek T. Gilliland. The deadline for Defendant to answer or otherwise respond to the Complaint is hereby EXTENDED to May 30, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mslc) (Entered: 04/10/2025) |
| 04/10/2025 | | RESET Deadlines: Sprinklr, Inc. answer due 5/30/2025. (jb3) (Entered: 04/10/2025) |
| 04/15/2025 | 14 | RULE 7 DISCLOSURE STATEMENT filed by Sprinklr, Inc. identifying Other |

| | | |
|---|---|---|
| | | Affiliate BlackRock, Inc. for Sprinklr, Inc.. (Heffernan, Jeanne) (Entered: 04/15/2025) |
| 04/23/2025 | 15 | NOTICE of Attorney Appearance by Joseph A. Loy on behalf of Sprinklr, Inc.. Attorney Joseph A. Loy added to party Sprinklr, Inc.(pty:dft) (Loy, Joseph) (Entered: 04/23/2025) |
| 05/23/2025 | 16 | Joint MOTION to Transfer Case *(Intradistrict Transfer to the Austin Division)* by Sprinklr, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Heffernan, Jeanne) (Entered: 05/23/2025) |
| 05/30/2025 | 17 | Motion to Dismiss for Failure to State a Claim by Sprinklr, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22). Motions referred to Judge Derek T. Gilliland. (Heffernan, Jeanne) (Entered: 05/30/2025) |
| 06/06/2025 | 18 | ORDER SETTING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Initial Pretrial Conference set for **6/25/2025 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge David Counts. (jb3) (Entered: 06/06/2025) |
| 06/11/2025 | 19 | NOTICE *Of Service Of Plaintiff's Preliminary Infringement Contentions* by Orion Labs Tech, LLC (McDonough, James) (Entered: 06/11/2025) |
| 06/12/2025 | 20 | Unopposed MOTION for Extension of Time to File Response/Reply as to 17 Motion to Dismiss for Failure to State a Claim *(7 days requested)* by Orion Labs Tech, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (McDonough, James) (Entered: 06/12/2025) |
| 06/13/2025 | 21 | Rule 26(f) Discovery Report/Case Management Plan *with Proposed Scheduling Order* by Orion Labs Tech, LLC. (Attachments: # 1 Proposed Order Proposed Scheduling Order)(McDonough, James) (Entered: 06/13/2025) |
| 06/20/2025 | 22 | ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE AUSTIN DIVISION. Signed by Judge David Counts. (kg) (Entered: 06/20/2025) |
| 06/20/2025 | | Case transferred in from Midland Division on 06/20/2025 Case Number 7:25-cv-133., filed by Orion Labs Tech, LLC.(cr5) (Entered: 07/14/2025) |
| 06/20/2025 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cr5) (Entered: 07/14/2025) |
| 06/20/2025 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (cr5) (Entered: 07/14/2025) |
| 06/20/2025 | | DEMAND for Trial by Jury by Orion Labs Tech, LLC. (cr5) (Entered: 07/14/2025) |
| 06/23/2025 | 23 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/27/2025 | 24 | AMENDED COMPLAINT *(First)* against Sprinklr, Inc. amending 1 Complaint,,,., filed by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A. Evidence of Use Regarding Infringement of U.S. Patent No. 10,110,430, # 2 Exhibit B. Evidence of Use Regarding Infringement of U.S. Patent No. 10,462,003, # 3 Exhibit C. Evidence of Use Regarding Infringement of U.S. Patent No. 10,924,339, # 4 Exhibit D. Evidence of Use Regarding Infringement of U.S. Patent No. 11,127,636, # 5 Exhibit E. Evidence of Use Regarding Infringement of U.S. Patent No. 11,258,733, # 6 Affidavit Declaration of Ivan Zatkovich)(McDonough, James) (Entered: 06/27/2025) |
| 07/11/2025 | 25 | Motion to Dismiss for Failure to State a Claim by Sprinklr, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16). Motions referred to Judge Derek T. Gilliland. (Heffernan, Jeanne) (Entered: 07/11/2025) |
| 07/14/2025 | 26 | Transfer Letter to All Counsel. (cr5) (Entered: 07/14/2025) |
| 07/25/2025 | 27 | Response in Opposition to Motion, filed by Orion Labs Tech, LLC, re 25 Motion to Dismiss for Failure to State a Claim filed by Defendant Sprinklr, Inc. (Attachments: # 1 Exhibit 1. Preliminary Infringement Contentions (served June 11, 2025), # 2 Exhibit Sprinklr Webpage: Auto of Auto Translation of Messages Case Messages in Case Stream)(McDonough, James) (Entered: 07/25/2025) |
| 07/29/2025 | 28 | MOTION to Appear Pro Hac Vice by Jeanne M. Heffernan *on Behalf of Brandon R. Weber* ( Filing fee $ 100 receipt number ATXWDC-20520435) by on behalf of Sprinklr, Inc.. (Heffernan, Jeanne) (Entered: 07/29/2025) |
| 07/31/2025 | 29 | ORDER GRANTING 28 Motion to Appear Pro Hac Vice as to BRANDON R. WEBER. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Robert Pitman. (cc3) (Entered: 07/31/2025) |
| 08/01/2025 | 30 | REPLY to Response to Motion, filed by Sprinklr, Inc., re 25 Motion to Dismiss for Failure to State a Claim filed by Defendant Sprinklr, Inc. (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19)(Heffernan, Jeanne) (Entered: 08/01/2025) |
| 08/08/2025 | 31 | Opposed MOTION for Leave to File Sur-Reply In Further Opposition To Defendant's Rule 12(b)(6) Motion To Dismiss Plaintiffs First Amended Complaint (Dkt. No. 25) by Orion Labs Tech, LLC. (Attachments: # 1 Exhibit A: Proposed Sur-Reply, # 2 Proposed Order)(McDonough, James) (Entered: 08/08/2025) |
| 08/12/2025 | 32 | Response in Opposition to Motion *for Leave to File Sur-Reply In Further Opposition To Defendant's Rule 12(b)(6) Motion To Dismiss Plaintiff's First Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Loy, Joseph) (Entered: 08/12/2025) |
| 08/19/2025 | 33 | REPLY to Response to Motion *to File a Sur-Reply [Dkt. No. 31] in support of Plaintiff's Opposition (Dkt. No. 27) to Defendant's Motion to Dismiss (Dkt. No. 25)* (McDonough, James) (Entered: 08/19/2025) |

| | | |
|---|---|---|
| 09/19/2025 | 34 | Order for Parties to file a Joint Proposed Scheduling Order due on or before 10/3/2025. Signed by Judge Mark Lane. (cc3) (Entered: 09/19/2025) |
| 10/01/2025 | | Text Order REFERRING 25 Motion to Dismiss for Failure to State a Claim entered by Judge Robert Pitman. IT IS ORDERED that Defendant's Motion to Dismiss is REFERRED to United States Magistrate Judge Mark Lane for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sh) (Entered: 10/01/2025) |
| 10/01/2025 | | Text Order REFERRING 31 Motion for Leave to File entered by Judge Robert Pitman. IT IS ORDERED that the motion for leave to file sur-reply is REFERRED to United States Magistrate Judge Mark Lane for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sh) (Entered: 10/01/2025) |
| 10/01/2025 | | MOTIONS REFERRED: referred 25 Motion to Dismiss for Failure to State a Claim , and 31 Opposed MOTION for Leave to File Sur-Reply In Further Opposition To Defendant's Rule 12(b)(6) Motion To Dismiss Plaintiffs First Amended Complaint (Dkt. No. 25) . Referral Judge: Mark Lane. (cc3) (Entered: 10/01/2025) |
| 10/03/2025 | 35 | Proposed Scheduling Order *filed jointly by the Parties pursuant to Dkt. No. 34* by Orion Labs Tech, LLC. (Miller, Jonathan) (Entered: 10/03/2025) |
| 10/20/2025 | 36 | ORDER SETTING INITIAL PRETRIAL CONFERENCE for 11/4/2025 at 9:30 AM before Judge Mark Lane. Signed by Judge Mark Lane. (cc3) (Entered: 10/21/2025) |
| 10/24/2025 | 37 | NON-CONSENT to Trial by US Magistrate Judge by Sprinklr, Inc.. (Buxton, Christopher) (Entered: 10/24/2025) |
| 11/04/2025 | 38 | NON-CONSENT to Trial by US Magistrate Judge by Orion Labs Tech, LLC. (McDonough, James) (Entered: 11/04/2025) |
| 11/04/2025 | 39 | Minute Entry for proceedings held before Judge Mark Lane: INITIAL PRETRIAL CONFERENCE HELD BY TELEPHONE held on 11/4/2025. Written order forthcoming. (Minute entry documents are not available electronically) (Court Reporter web ex.)(cc3) (Entered: 11/05/2025) |
| 11/04/2025 | 40 | SCHEDULING ORDER: Consent to Trial by Magistrate due by 10/24/2025, Jury Trial set for 9/20/2027 at 9:00 AM before Judge Robert Pitman, ADR Report Deadline due by 9/16/2026, Amended Pleadings due by 12/5/2025, Discovery due by 1/28/2027, Joinder of Parties due by 12/5/2025, Claim Construction Hearing for 6/9/26 at 9:00am and Dispositive Motions due by 5/20/2027. Signed by Judge Robert Pitman. (cc3) (Entered: 11/05/2025) |
| 11/04/2025 | | Set Hearing: Claim Construction Hearing set for 6/9/2026 at 9:00 AM before Judge Robert Pitman (cc3) (Entered: 11/05/2025) |

| | | |
|---|---|---|
| 01/28/2026 | 41 | REPORT AND RECOMMENDATIONS re 25 Motion to Dismiss for Failure to State a Claim, filed by Sprinklr, Inc. The court GRANTS Plaintiff's Opposed Motion for Leave to File a Sur-Reply in Further Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 31 ). Signed by Judge Mark Lane. (pg) (Entered: 01/29/2026) |
| 01/28/2026 | 42 | Sur-reply to Motion, filed by Orion Labs Tech, LLC, re 25 Motion to Dismiss for Failure to State a Claim filed by Defendant Sprinklr, Inc. (pg) (Entered: 01/29/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2026 17:59:28 | | | |
| **PACER Login:** | connolly2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-01100-RP |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |