# Exhibit 20





# Contact

## We're here for you

Want to know more about how Orion can help your business communicate more efficiently and securely for real-time productivity? Let us know your interests or communication needs and we'll get back to you.

## Orion Labs

548 Market Street
PMB 88695
San Francisco, CA 94104-5401

## General Inquiries

info@orionlabs.io
415-800-2035

## Press

press@orionlabs.io

## Sales

Hey there 👋 Can I recommend something for you?

sales@orionlabs.io
1-866-855-4249

## Security

Submit security and vulnerability reports at HackerOne.

## Support

support@orionlabs.io
9am-5pm Pacific
Monday through Friday

**Email***

[                                              ]

**First Name***

[                                              ]

**Last Name***

[                                              ]

**Company Name***

[                                              ]

**Company Size***

[ Please Select                              ⌄]

**Phone Number (Optional)**

[                                              ]

**Comments (Optional)**

[                                              ]

Submit



# The Future of Voice at Work

Navigate the 5-Step Journey to creating your digital deskless workforce with a voice-first intelligent collaboration platform

Get the E-book



Connecting the Deskless Workforce

   

### Our Company

About

Newsroom

Partners

Contact

### Insights

Resources

Blog

Articles

### Legal

Privacy Policy

Terms & Conditions

Returns Policy & Warranty

### Handy Links

Download The App

System Status

Support

Contact

© Copyright 2025. Orion Labs, Inc. All rights reserved.