# Exhibit 21

     



# Orion Labs

Software Development

San Francisco, CA · 2,399 followers

Connect Your Frontline Enterprise with Frontline AI

Follow

View all 110 employees

## Similar pages

**Cascade Space**
Space Research and Technology
San Francisco, CA

**Orion Labs Inc**
IT Services and IT Consulting
Abbotsford, British Columbia

**Astra**
Defense and Space Manufacturing
Alameda, California

**Orion Lab**
Pharmaceutical Manufacturing
Oran, Oran

Show more similar pages

## Browse jobs

**Collections Associate jobs**
1,426 open jobs

## About us

Orion has pioneered frontline worker access to AI, enabling an easy and compelling new concept: Frontline AI. Orion is the only communication and voice AI platform for frontline workforce productivity, connecting people to people and people to enterprise systems. Orion's proprietary Voice AI Workflows are systems of action for the frontline worker with voice-driven process automation and integrations to leading operational systems of record. Orion's proprietary Automated Speech Recognition (ASR) drives innovative operational automations like Speech-to-Speech Workflows, Voice Queries, Checklist Workflows, Emergency Response Workflows, and more. Orion is based in San Francisco, CA and is backed by leading investors including Avalon Ventures, Argentum Capital, and Allen & Company LLC. For more information, visit orionlabs.io

| | | |
|---|---|---|
| Website | https://www.orionlabs.io | **Information Manager jobs** 130,160 open jobs |
| Industry | Software Development | **Regulatory Analyst jobs** 18,054 open jobs |
| Company size | 2-10 employees | |
| Headquarters | San Francisco, CA | **Health Information Specialist jobs** 39,874 open jobs |
| Type | Privately Held | |
| Founded | 2013 | **Information Technology Analyst jobs** 287,305 open jobs |
| Specialties | wearables, IoT, wearable devices, mobile, messaging, communication, voice interfaces, and push-to-talk | **Director of Strategic Partnerships jobs** 9,522 open jobs |

**Analyst jobs**
694,057 open jobs

**Human Resources Specialist jobs**
34,340 open jobs

**Specialist jobs**
768,666 open jobs

**Associate jobs**
1,091,945 open jobs

Show more jobs like this

# Products




**Orion Push to Talk App**

Push-to-Talk (PTT) Software

The Orion Push to Talk app is the most secure, reliable, and extensible push-to-talk (PTT) communication for mobile teams.

# Funding

Orion Labs · 5 total rounds

**Last Round**

# Locations

Primary
208 Utah St.
Suite 350
San Francisco, CA 94103, US
Get directions

Series B · May 1, 2020

US$ 29.0M

## Employees at Orion Labs

John Rizzuto

EDWIN PEREZ

Adri de Bruyn

J Allen Hale

See all employees

Investors
Dell Technologies Capital

+ 4 Other investors

See more info on crunchbase

More searches

© 2026   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy

Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language