# Exhibit 22



| | STATE OF CALIFORNIA<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION**<br>**CORPORATION**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 657-5448 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20241479125<br>Date Filed: 8/15/2024 |
|---|---|---|

| Entity Details | | |
|---|---|---|
| Corporation Name | | ORION LABS, INC. |
| Entity No. | | 3572017 |
| Formed In | | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 548 MARKET STREET, STE 88695<br>SAN FRANCISCO, CA 94104 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 548 MARKET STREET, PMB 88695<br>SAN FRANCISCO, CA 94104 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 548 MARKET STREET<br>SAN FRANCISCO, CA 94104 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Gregory Taylor | 548 MARKET ST, PMB 88695<br>SAN FRANCISCO, CA 94104 | Chief Financial Officer |
| GREGORY TAYLOR | 548 MARKET STREET, PMB 88695<br>SAN FRANCISCO, CA 94104 | Chief Executive Officer |
| Jesse Robbins | 548 Market Street, PMB 88695<br>San Francisco, CA 94104 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CALIFORNIA CORPORATE AGENTS, INC.<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | TECHNOLOGY |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

| |
|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |
| Electronic Signature |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. |
| *Steven Olson*                                     *08/15/2024* |
| Signature                                             Date |

B2969-7384 08/15/2024 10:02 AM Received by California Secretary of State