# Exhibit 23



# Ellen Juhlin

Oakland, California, United States

1K followers · 500+ connections

See your mutual connections

Join to view profile

- informal
- Carnegie Mellon University
- Other

## About

Ellen Juhlin is a freelance product manager, focusing on early-stage startups with new... *see more*

## Articles by Ellen

## Other similar profiles

**Kirby Montgomery**
Greater St. Louis


**Jacob Gorthy**
Dallas-Fort Worth Metroplex


**Michael Romanowicz**
Philadelphia, PA


**Grahame Fraser**
Los Angeles Metropolitan Area


**amani anai**
United States


**Joel Pennington**
San Francisco, CA




Jan 27, 2016
**We're hiring at Orion! We're looking to expand our team, and have a number of open positions in engineering and more! Check them out here...**
👍 7

## Activity



**In honor of spooky...**
Liked by Ellen Juhlin



**Ellen is a legend!...**
Liked by Ellen Juhlin



**Next Wednesday, I'll ...**
Shared by Ellen Juhlin

**Naheed Vora**
San Francisco Bay Area



**Thomas Leuchtner**
Greater Madrid Metropolitan Area



**Blake Mattos**
San Francisco, CA



**Jieying Zheng**
Glenview, IL




**Explore top content on LinkedIn**

Find curated posts and insights for relevant topics all in one place.

**View top content**

## Add new skills with these courses



### Licenses & Certifications



**Master Class: Continuous Discovery Habits**
Product Talk
Issued Oct 2020



**Python Basics**

University of Michigan

Issued Jul 2019

Credential ID BWNN95SF4SYQ

See credential



**Python Functions, Files, and Dictionaries**

University of Michigan

Issued Jul 2019

Credential ID PVHA9VGJKHY8

See credential

# Patents

**BOT GROUP MESSAGING USING GENERAL VOICE LIBRARIES**

Issued May 13, 2021 · 20210144109

See patent

**Image-acquisition-based linking for wearable group communication device**

Issued April 17, 2018 · US 9948398

See patent

**Dynamic muting audio transducer control for wearable personal communication nodes**

Issued April 10, 2018 · US 9940094

See patent

### Device to device grouping of personal communication nodes

Issued April 3, 2018 · US 9936010

See patent

### SUPPLEMENTAL AUDIO CONTENT FOR GROUP COMMUNICATIONS

Filed June 7, 2017 · 10321166

See patent

### Low energy audio streaming

Filed April 5, 2017 · 20170295454

See patent

### GROUP COMMUNICATION FORWARDING TO A SECONDARY SERVICE

Filed October 11, 2017 · 10462620

See patent

### PROXIMITY-BASED LINKING FOR WEARABLE GROUP COMMUNICATION DEVICE

Filed March 17, 2017 · 10061955

See patent

### WEARABLE GROUP COMMUNICATION DEVICE LINKING

Filed March 17, 2017 · 10402612

See patent

#### Group communication device management
Filed October 30, 2015 · 10425774

See patent

#### DISCOVERY AND FORMATION OF LOCAL COMMUNICATION GROUP
Filed June 20, 2017 · 10404794

See patent

## Honors & Awards

#### Maker Faire Editor's Choice Award
Maker Faire
May 2013
Hacker Bees is a game I designed for Maker Faire, in which people of all ages visited multiple booths, solved puzzles, and built a working circuit in order to help find out what happened to the missing bees! It won a blue ribbon Editor's Choice award at Maker Faire San Mateo.

### SF Transmedia Jam Winner

TransmediaSF

Aug 2012

The Transmedia Jam was a weekend challenge to create a transmedia storytelling project from scratch. My group created an alternate reality game which explored the alternative, mythical history of several San Francisco landmarks.

Read more here: http://transmediasf.org/winners-of-the-first-ever-transmedia-jam/

## Organizations

### AVnu Alliance

Marketing Working Group Member

2009 - 2013

Wrote major sections of the first AVnu MRD, including C&I product requirements for AVnu certification. Planned and executed trade show demos involving multiple pro audio manufacturers' products. Presented numerous talks about AVB & AVnu.

### IEEE 1722 & 1722.1

Contributor

2009 - 2013

Documented and presented use cases of large-scale audio systems, including requirements for network control and distribution of audio channels.

# Recommendations received

### DJ Grossman

"I recently had the pleasure of working with Ellen after connecting through informal, the specialized product design freelancer group. Her extensive experience in product management immediately stood out, and I knew she would be the right fit for the product research I needed. Ellen was insightful from the start, making thoughtful, strategic recommendations that really hit the nail on the head. She listened carefully to my questions and concerns and executed a detailed analysis of the market through interviews and surveys. Her findings provided clear, actionable insights that allowed me to make informed decisions about the direction of my product concept. Ellen's contributions have been invaluable, and I would highly recommend her for any product research or strategy work."

### Gregory Taylor

"Ellen is a true professional and best in class Product strategist and manager who also combines the rare talent of hands-on market / customer engagement from discovery to following through and owning the team execution and delivery. Her thoughtful, programmatic approach to Product (what problems are we trying to solve, what industries have them, what title owns the problem, what is it worth to solve for) is pragmatically tied to what business outcomes are priorities (commercial metrics). She effectively collaborates with Engineering, QA/QE, CXOs and Customers to deliver and succeed, from MVP to Production at scale, and always brings a bright, engaging style - because she really cares."

4 people have recommended Ellen

Join now to view

## More activity by Ellen

**Are you working on...**
Liked by Ellen Juhlin

**If you're a product...**
Shared by Ellen Juhlin

**Update: We have...**
Liked by Ellen Juhlin

**Customer Discovery...**
Liked by Ellen Juhlin

I'm a big fan of what…
Liked by Ellen Juhlin

Hello, product leader…
Shared by Ellen Juhlin

## View Ellen's full profile

See who you know in common

Get introduced

Contact Ellen directly

Join to view full profile

© 2026   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices

Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language