# Exhibit 24



# Jesse Robbins

San Francisco, California, United States

5K followers · 500+ connections

 See your mutual connections

Heavybit

Websites

Join to view profile

## About

I invest in founders building DevTools, AI/ML, and Cloud Infrastructure startups. I work… see more

## Activity

## Other similar profiles

**Brian Stevens**
Boston, MA


**Miko Matsumura**
San Francisco Bay Area


**Andre Durand**
Littleton, CO


**Bipul Sinha**
Palo Alto, CA


**Salil Pradhan**
San Jose, CA


**Clarence Wooten**
Manhattan Beach, CA




I wrote recently abou...
Liked by Jesse Robbins



Throwing it all the wa...
Liked by Jesse Robbins



https://lnkd.in/gSPk_...
Liked by Jesse Robbins

Join now to see all activity

## Experience & Education



**View Jesse's full experience**

By clicking Continue to join or sign in, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

Sign in

**Yan-David (Yanda) Erlich**
San Francisco, CA

 Connect

**Jaret Christopher**
Greater Boston

 Connect

**Jeff Ready**
Greenwood, IN

 Connect

**Dan Dal Degan**
Chicago, IL

 Connect



**Explore top content on LinkedIn**

Find curated posts and insights for relevant topics all in one place.

**View top content**

### Others named Jesse Robbins



## Publications

### Incident Management for Operations (w/forward by Jesse Robbins)

O'Reilly Media · June 20, 2017

IT professionals looking for effective response models have successfully adopted the Incident Management System (IMS) used by firefighters throughout the US. This practical book shows you how to apply the same response methodology to your own IT operation.

Other authors



See publication

**Jesse Robbins**
Secaucus, NJ

**Jesse Robbins**
New York, NY

**Jesse Robbins**
Greater Houston

**Jesse Robbins**
Seattle, WA

93 others named Jesse Robbins are on LinkedIn

See others named Jesse Robbins

### Add new skills with these courses

 Advanced RAG Applications with Vector Databases

 Hands-On AI: Build a RAG Model from Scratch with Open Source

### Resilience Engineering: Learning to Embrace Failure

ACM Queue · September 12, 2012

Many operations are turning to resilience engineering not in hopes of becoming impervious to failure, but rather to become better able to adapt to it when it occurs. Resilience engineering is a familiar concept in high-risk industries such as aviation and health care, and now it's being adopted by large-scale Web operations as well.

Other authors

  

See publication



Large Language Models on AWS: Building and Deploying Open-Source LLMs

See all courses

## Failure as a Service (FaaS): A Cloud Service for Large- Scale, Online Failure Drills

University of California at Berkeley · July 28, 2011

Cloud computing is pervasive, but cloud service outages still take place. One might say that the computing forecast for tomorrow is "cloudy with a chance of failure." One main reason why major outages still occur is that there are many unknown large-scale failure scenarios in which recovery might fail. We propose a new type of cloud service, Failure as a Service (FaaS), which allows cloud services to routinely perform large-scale failure drills in real deployments.

Other authors



See publication

     

## Web Operations: Keeping the Data On Time

O'Reilly Media · Jun 2010

A web application involves many specialists, but it takes people in web ops to ensure that everything works together throughout an application's lifetime. It's the expertise you need when your start-up gets an unexpected spike in web traffic, or when a new feature causes your mature application to fail. In this collection of essays and interviews, web veterans such as Theo Schlossnagle, Baron Schwartz, and Alistair Croll offer insights into this evolving field. You'll learn stories from the…

Show more ⌄

Other authors



See publication ↗

## Web Operations: From Cost Center to Competitive Advantage

O'Reilly Media · December 1, 2008

In the Web 2.0 world, web operations has moved from IT support function to mission-critical competency. In an online business, the web site is inextricably bound to the product. In this report, Jesse Robbins of the O'Reilly Radar team puts it succinctly: "You only make money when your web site is up. The more available and the faster your web site, the more revenue-generating pages a customer can view in the same amount of time, and the happier the customer will be."

This report lays out...

Show more

Other authors



See publication

## Patents

### Bot group messaging method

Issued July 25, 2023 · US11711326B2

### Integrating logic services with a group communication service and a voice assistant service

Issued December 21, 2021 · US11908471B2

Methods, apparatuses, and computing systems are provided for integrating logic services with a group communication service. In an implementation, a method may include receiving a spoken message from a communication node in a communication group and determining that the spoken message relates to a logic service and transferring the spoken message to a voice assistant service with an indication that the spoken message relates to the logic service. The method also includes receiving status…

Show more ⌄

### Group communication device bypass connectivity

Issued September 21, 2021 · US11128521B2

Upon detection of a failure of a communication link between a remote management system and a communication node, a bypass link is established. The remote management system evaluates whether additional communication nodes can act as a bypass for management communications between the remote management system and the communication node whose management communication link has failed. The remote management system instructs a selected bypass communication node to establish the bypass management…

Show more ⌄

See patent 

## Operating environment partitioning for securing group communication device resources

Issued January 5, 2021 · US 10,887,290

Systems, methods and devices for securing communication resources of group communication devices. Secure resources of a group communication computing device may be maintained in a secure operating environment of the group communication computing device, which is separate from a normal operating environment of the group communication computing device, via a trust partition comprising one or both of an SoC trust partition and a hypervisor. The secure operating environment may comprise input...

Show more ⌄

### Other inventors

  

See patent ↗

### Transcription bot for group communications

Issued December 1, 2020 · US10855626B2

A group communication service receives user node communications from and distributes user node communications to members of a communication group. The communication group members comprise a plurality of user nodes. The group communication service then receives an audio transcription request from one or more of the plurality of user nodes. In response to receiving the request, group communication service launches a bot node member of the communication group configured to deliver transcribed...

Show more ⌄

### Intelligent agent features for wearable personal communication nodes

Issued October 28, 2018 · US 10110430

Systems, methods, apparatus and software enable intelligent agent features for user nodes that are members of a communication group. Instructions instantiate an intelligent agent node as a member of the communication group. Each intelligent agent node can be instantiated by a communication group management system, an intelligent agent system and/or by one or more of the communication group members, for example by executing software on one or more computing systems or devices. A variety of...

Show more ⌄

See patent 

**Device to device grouping of personal communication nodes**

Issued April 3, 2018 · US 9,936,010

Systems, methods, software and apparatus enable device to device grouping of personal communication nodes include managing a communication node group having communication node members. Attribute information from the communication nodes is provided to a management system that defines communication group membership based on the received attribute information. The management system transmits group membership status notifications to the communication nodes. Membership status controls a node's…

Show more

Other inventors

See patent

**Dynamic muting audio transducer control for wearable personal communication nodes**

US 10,120,644

Systems, methods, software and apparatus that enable dynamic audio transducer control include obtaining attribute information relating to multiple communication nodes that are communication node group members. A group management system or other computing system receives attribute information from two or more of the communication nodes and determines settings for one or more audio transducers (e.g., speakers and microphones) in the group's communication nodes based on the attribute information...

Show more

Other inventors

**One-touch group communication device control**

US 10,057,394

One-touch transmission and one-touch silencing of a wearable group communication device utilize an end user device body and face that can be moved relative to one another in one or more simple, single-motion actions. One-touch audio transmission is enabled after an end user device is activated to enable communications. Depressing the end user device face relative to the end user device body enables audio transmission. While the face is in its depressed position audio can be transmitted. To...

Show more

## Honors & Awards

**Seed 100 "Top Early Stage VC Investors"**
Business Insider
2021
https://www.businessinsider.com/seed-100-top-early-stage-vc-investors-2021-4#99-jesse-robbins-2

**TR35 for "Transforming the way Web companies design and manage complex networks of servers and software."**
MIT Tech Review
2011
Each year Technology Review honors 35 innovators under 35 who are tackling important problems in transformative ways. Jesse Robbins was honored in the TR35 for 2011.

In 2001, Jesse Robbins applied for two jobs: one as a Seattle bus driver and another as a systems engineer at Amazon.com. Amazon called first, and in the decade that followed, Robbins transformed the way Web companies design and manage complex networks of servers and software.

A former volunteer firefighter, Robbins…

( Show more )

## Recommendations received

### Steve Souders

"Jesse led the creation of the DevOps community with his dedication to identifying and sharing best practices for creating more efficient, scalable, and robust websites."

### Brian Mulloy

"As an advisor to Swivel, Jesse provided us with energy & inspiration, a broad view of technology trends and hands-on knowledge about operating an online business. If you get a chance to work with Jesse, take it."

5 people have recommended Jesse

Join now to view

## More activity by Jesse

**I'm happy to announc...**
Liked by Jesse Robbins

**The problem with...**
Liked by Jesse Robbins

We didn't have a fanc...
Liked by Jesse Robbins

December 7th has...
Liked by Jesse Robbins

So excited to announ...
Liked by Jesse Robbins

🚨 New podcast: In t...
Liked by Jesse Robbins

It is clear that Long-...
Liked by Jesse Robbins

**Just landed at...**
Liked by Jesse Robbins

**We just launched Tas...**
Liked by Jesse Robbins

💥 **AXOM Partners a...**
Liked by Jesse Robbins

**It is clear that Long-...**
Shared by Jesse Robbins

**We always felt good...**
Liked by Jesse Robbins

## View Jesse's full profile

- See who you know in common
- Get introduced
- Contact Jesse directly

Join to view full profile

© 2026  About  Accessibility  User Agreement  Privacy Policy  Your California Privacy Choices

Cookie Policy  Copyright Policy  Brand Policy  Guest Controls  Community Guidelines  Language