# Exhibit 26

         



**Greg (W2GMD) Albrecht** He/Him · 3rd

NSSE/SEAR Technical Advisor for TAK, sUAS & C-UAS, First Responder

San Francisco, California, United States · Contact info

500+ connections

Message   Follow   More

## About

If it has an IP, I've touched it.

**Top skills**
Incident Response · EMS · Radio · Wireless · Computer Networking

## Services

Custom Software Development

Request services

Show all services →

## Activity
2,508 followers

Posts   Comments   Videos   Images



Greg Albrecht · 3rd+
NSSE/SEAR Technical Advisor for TAK, …
1mo · 🌐

C-UAS: HOVERAir X1 PROMAX Remote ID testing

BLUF: HOVERAir X1 PROMAX does emit Remote ID on BLE legacy & BLE long range.

Testing the HOVERAir X1 PROMAX across all Remote ID waveform types, I've found it emits:

1) BLE legacy with an OUI 70:56:82
2) BLE long range with an OUI of 70:F8:77  …more

UAS Declaration of Compliance
uasdoc.faa.gov

👍❤️ 7 · 2 comments · 1 repost



Greg Albrecht
NSSE/SEAR Tech…
1mo · Edited · 🌐

C-UAS: Detecting & Tra…

BLUF: A single sensor m… you.

The DJI Mini 3 Pro is a s… drone (EU Class C0). Of… with a low-capacity batt… platform below the Rem… With the higher-capacity… platform exceeds the Re…

That said, off-the-shelf,… using C-UAS sensors th… via the OcuSync 3 (O3)…

Show all posts →

## Experience

**Solutions Architect**
CTI · Full-time
Nov 2024 - Present · 1 yr 3 mos
San Francisco Bay Area · Remote

TAK, C-UAS, sUAS, Signals Survey & Research, Sensor Integration, Rapid Prototyping, Technical Adivsing, Situational Awareness & Common…

**TAK SME**
USG · Contract
Jan 2023 - Dec 2024 · 2 yrs
Washington, District of Columbia, United States · Hybrid

Embedded with federal law enforcement agencies to provide support, training & integration with Team Awareness Kit (ATAK, iTAK) for Nationa…

**Festival EMS Coordinator**
Hardly Strictly Bluegrass · Seasonal
Oct 2022 - Dec 2024 · 2 yrs 3 mos
San Francisco, California, United States · On-site

Coordinated emergency medical services (EMS) for multi-day 75,000 person music festival in San Francisco's Golden Gate Park.

**TAK Integration Specialist**
Sensors & Signals · Full-time
Jan 2022 - Dec 2024 · 3 yrs
San Francisco Bay Area

Software, IoT & UAS integration with Team Awareness Kit (TAK) platforms (ATAK, iTAK).

◆ TAK, Internet of Things and +6 skills

 TAK Logo

**Technical Advisor & TAK SME**
Freelance
Jan 2022 - Dec 2024 · 3 yrs
California · Hybrid

As a Team Awareness Kit (TAK) subject matter expert, I provide technical advising to organizations operating in NSSE/SEAR 1 special events.

◆ TAK, Public Safety and +1 skill

 

Show all 16 experiences →

## Education

**City College of San Francisco**
Emergency Medical Technician (EMT), Emergency Medical Technology/Technician (EMT)
2012 - 2013


Successfully completed the USDOT, SFEMSA & CAL-EMA Emergency Medical Technician (EMT) course.


**Strategic Operations**
TECC - Tactical Emergency Casualty Care, Tactical Emergency Medicine
2018 - 2018

Two day intensive course of study on aspects of NAEMT PHTLS TECC - Tactical Emergency Casualty Care.…  …see more

Show all 8 educations →

## Licenses & certifications


**Remote Pilot Certification**
Federal Aviation Administration
Issued Oct 2025 · Expires Oct 2027

Drones

**IS-66: Preparing the nation for space weather events**
FEMA
Issued Nov 2022

Radio Frequency (RF)

Show all 18 licenses & certifications →

## Projects

**PyTAK**
Jan 2021 - Present

 Associated with Sensors & Signals

Python Team Awareness Kit: A Python Module (library) for creating TAK clients & servers. Used by organizations world-wide.

ATAK, Python and +3 skills

**San Francisco Wireless Emergency Mesh**
Jul 2017 - Present

Show project ↗

San Francisco Wireless Emergency Mesh is a project to bring high-speed wireless mesh to areas in and around San Francisco for use during emergencies and…

ATAK, Radio Frequency (RF) and +1 skill

Other contributors


Show all 3 projects →

## Volunteering


**Emergency Medical Services Communications Supervisor**
HealthRIGHT 360
Aug 2008 - Aug 2022 · 14 yrs 1 mo
Health

Supervised front-line Emergency Medical Dispatchers for large-scale events, including outdoor festivals, city-wide parades and celebrations,…


**Emergency Medical Services Field Supervisor**
HealthRIGHT 360
Aug 2008 - Aug 2022 · 14 yrs 1 mo
Health

Supervised front-line Emergency Medical Services Teams providing on-site emergency medical care (EMS BLS) at large public events...

**Show all 14 volunteer experiences →**

## Skills

### Drones
 Remote Pilot Certification

### Voice over IP (VoIP)
 TAK Integration Specialist at Sensors & Signals

**Show all 52 skills →**

## Recommendations

**Received**    Given


**Alex Munk** · 3rd
Co-founder & CEO Dashbase, Inc.
November 25, 2012, Alex worked with Greg on the same team

Greg designed, implemented, and maintained our infrastructure as code on Splunk Storm. He knows Chef, Opscode, AWS, continuous deployment, and how these all work together well enough to explain it to even the likes of me, and spent hours at a white board doing so.

Also, Greg works days, nights, and weekends hitting deadlines and solving production issues. He is a brainy kind of guy who likes to do stuff right. There's a let's-do-something-that-matters flare in Greg that I...


**Avishai Avivi** 🔗 · 3rd
Chief Information Security Officer | Making Cybersecurity Accessible
June 5, 2008, Avishai managed Greg directly

I've had the distinct pleasure of working with Greg while he was at OneSecure. As one of my first engineers he was instrumental in helping get a 24x7 Security Operations Center up and running. This included, networking infrastructure, systems and services. Greg is an excellent, conscientious, detail-oriented hard worker. Greg's information-security expertise are first rate. I highly recommend him for any job that can suitably challenge him.

**Show all 8 received →**

## Publications

**Enough Ruby to be Dangerous**
May 1, 2012

**Show publication ⧉**

Tutorial on Ruby for Operations Engineers

## Patents

**Integrating logic services with a group communication service and a voice assistant service**

11205425 · Issued Dec 12, 2021

See patent

Methods, apparatuses, and computing systems are provided for integrating logic services with a group communication service. In an implementation, a method…

**Bot group messaging method**
11140101 · Issued Oct 5, 2021

See patent

Methods, apparatuses, and computing systems are provided for bot messaging. In an implementation, a method may include one or more of receiving, by a grou…

Show all 27 patents →

## Honors & awards

**Disaster Services Award**
Issued by American Red Cross · Apr 2011

For exemplary commitment, teamwork and leadership in Disaster Services in support of the American Red Cross Bay Area Chapter, San Francisco county.

## Languages

**English**
Native or bilingual proficiency

**Korean**
Elementary proficiency

Show all 3 languages →

## Organizations

**United States Geospatial Intelligence Foundation**
Member · Mar 2022 - Present

**California Resiliency Alliance**
Member · Jan 2022 - Present

Show all 11 organizations →

## Interests

**Top Voices**   Companies   Groups   Newsletters



**Daliana Liu** 🔗 · 3rd

Helping tech leaders and senior ICs gain visibility, build optionality, and achieve their versions of success | Ex-Amazon Sr. Data Scientist

307,441 followers

+ Follow



**Steve Blank** 🔗 · 2nd

Adjunct Professor Stanford University

666,309 followers

+ Follow

Show all Top Voices →

## Causes

Civil Rights and Social Action • Health • Human Rights • Disaster and Humanitarian Relief • Science and Technology

### More profiles for you



**Vijay Balasubramanian** · 3rd

Methodical, Results Driven, and Knowledgeable Health IT & Software Professional | ex-Abbott | ex-Splunk | ex-VMware | ex-Sun Microsystems

Message



**Jason Pump** · 3rd

Senior Software Engineer, RAG Search at Atolio

Message



**Jorge Calderon** · 3rd

Cloud Infrastructure Consultant

Message



**Charles Gude** · 3rd

Senior Software Engineer | Python, Golang, Airflow, AWS | Backend & Data Infrastructure

Message



**Andreas "AJ" Johansson** · 3rd

TAK...this is the way

Message

Show all

### Explore Premium profiles



**Katharine Burke** · 2nd

Partner at Baker Botts

Connect



**Rachel G.** · 2nd

Strategic Consultant | Producer | Helping Creators & Changemakers Bring Big Ideas to Life

Connect



**Marisa Perry** · 3rd

Partner, Harris Winick Harris LLP ★ Construction Litigation and Transactions ★ Litigation Strategy ★ Trusted Counselor and Advisor

Message

 Maureen Coghlan · 3rd
Litigation Partner at Archer & Greiner, P.C.

Message

**People you may know**

 Elisabeth Tidwell
Litigation Associate at Fenwick & West

Connect

 Hannah Kyme
Product Engineer at &AI · AI for Patent Attorneys

Connect

 Daisy C.
ScaleFlux

Connect

 Noah Solowiejczyk
Government Investigations, Regulatory Enforcement, and Complex Civil Litigation Partner at Fenwick & West

Connect

 Shannon Turner
Partner at Fenwick & West

Connect

Show all

**You might like**
Pages for you

 OpenAI
Research Services
9,591,101 followers

 2 connections work here

Follow

 Association of Corporate Counsel
Legal Services
102,286 followers

 40 connections follow this page

Follow

Show all

Promoted



**Integrate Workflows**
Combine image capture and analysis with a Motic Image-Pro™ General Bio Pack



**IRS Tax Assistance!**
I can turn a turn a $124,484 lien into a $10,475 refund.

   Home   My Network   Jobs   Messaging   Notifications   Me   For Business  Try Premium

 **Greg (W2GMD) Albrecht** (He/Him)
NSSE/SEAR Technical Advisor for TAK, sUA…    More    + Follow    ✈ Message

← **Experience**

 **Solutions Architect**
CTI · Full-time
Nov 2024 – Present · 1 yr 3 mos
San Francisco Bay Area · Remote

TAK, C-UAS, sUAS, Signals Survey & Research, Sensor Integration, Rapid Prototyping, Technical Adivsing, Situational Awareness & Common Operating Picture tools, Field Engineering.

 **TAK SME**
USG · Contract
Jan 2023 – Dec 2024 · 2 yrs
Washington, District of Columbia, United States · Hybrid

Embedded with federal law enforcement agencies to provide support, training & integration with Team Awareness Kit (ATAK, iTAK) for National Special Security Event (NSSE) & Special Event Assessment Rating (SEAR) events, including joint sessions of Congress, presidential State of the Union addresses, political conventions, and more.

 **Festival EMS Coordinator**
Hardly Strictly Bluegrass · Seasonal
Oct 2022 – Dec 2024 · 2 yrs 3 mos
San Francisco, California, United States · On-site

Coordinated emergency medical services (EMS) for multi-day 75,000 person music festival in San Francisco's Golden Gate Park.

 **TAK Integration Specialist**
Sensors & Signals · Full-time
Jan 2022 – Dec 2024 · 3 yrs
San Francisco Bay Area

Software, IoT & UAS integration with Team Awareness Kit (TAK) platforms (ATAK, iTAK).

**Skills:** TAK · Internet of Things · Wireless Technologies · Mobile Communications · Unmanned Aerial Vehicle (UAV) · Voice over IP (VoIP) · Land Mobile Radio · Special Events

 TAK Logo

 **Technical Advisor & TAK SME**
Freelance
Jan 2022 – Dec 2024 · 3 yrs
California · Hybrid

As a Team Awareness Kit (TAK) subject matter expert, I provide technical advising to organizations operating in NSSE/SEAR 1 special events.

**Skills:** TAK · Public Safety · Special Events

 No Drones Allowed

 Spectrogram


**Special Event EMS Consultant**
Freelance
Apr 2008 - Dec 2024 · 16 yrs 9 mos
California, United States · Hybrid

Over 15 years of providing special event EMS to events throughout California. From planning to operations, communications and support.

**Skills:** Incident Management · TAK · EMS · Emergency Communications

 EMS Star of Life

---

 **Orion Labs**
9 yrs 11 mos

### Advisor
Contract
Jan 2022 - Jan 2023 · 1 yr 1 mo
San Francisco, California, United States

In January 2022 I moved from my full-time CTO role at Orion into an advisor role. In this role I contribute to technical and strategic discussions with Orion's leadership, partners and customers.

### Co-Founder & CTO
Full-time
Mar 2013 - Jan 2022 · 8 yrs 11 mos
San Francisco, CA

Orion enables advanced communications capabilities across work environments & geographies.

I co-founded Orion in 2013 and lead early engineering, and later research & development branches of the company until 2022.

I participated in many aspects of the business - including early growth - through the launch of multiple B2B and B2C hardware & SaaS products.

At Orion, we've built:
 - The worlds first secure global PTT system for teams.
 - Onyx: The worlds first BLE secure voice wearable.
 - Sync: The worlds first LTE secure voice wearable.
 - The worlds first voice AI workflow.

**Skills:** Wireless Technologies · Radio Frequency (RF)

---

 **Splunk**
Full-time · 4 yrs 5 mos
San Francisco, California, United States · On-site

### Senior Software Engineer - Cloud
May 2011 - Dec 2012 · 1 yr 8 mos

Senior software engineering DevOps role in Splunk's first SaaS product - Splunk Storm.

Scaled existing on-premise Splunk 4.0 product to a cloud-computing based SaaS.

Continued to advance company-wide software quality.

**Skills:** Python · DevOps · Amazon Web Services (AWS)

### Software Engineer - QA
Aug 2008 - May 2011 · 2 yrs 10 mos

Responsible for QA'ing a major component of Splunk's core product: Splunk 4.0.

Collaborated with component-level engineers and project management to test, debug, and resolve large-scale high-severity software defects.

DevOps for QA infrastructure - including hybrid computers and networks.

Built Splunk's first large-scale stress-test cluster from up-cycled laptops (4 crashes - one night. Go home Greg.)

Moved offices once. Moved desks 4 times. Overnighted more than once.

**Skills:** Python · QA Engineering · Cloud Computing


### Network Operations Manager
Schematic
May 2005 - Jul 2008 · 3 yrs 3 mos

Designed and built several high availability web application and content management systems for big-5 media companies. Managed the day to day operations of 40+ FreeBSD & PostgreSQL based application servers. Coordinated the transition of co-location facility. Implemented network monitoring, trouble ticketing, instant messaging, document collaboration, spam filtering and other Microsoft Active Directory authentication based systems. Oversaw the deployment of a nation wide MPLS network that implementing QoS to ensure delivery of business critical VoIP traffic as well as rich media for clients.

**Skills:** Wireless Technologies


### Network Engineer
BackBone Communications
Jan 2004 - May 2005 · 1 yr 5 mos

Developed VoIP to TDM network to handle an average of 2.5 million minutes per month of both inbound and outbound, international & domestic traffic. Oversaw the deployment of a multi-national MPLS network for a large west-coast banking firm as well as for use in replacing legacy frame-relay networks. Implemented corporate security policies and systems, such as firewalls and VPNs. Performed physical installation both in-house and on-site of equipment and leased-line services.

**Skills:** Wireless Technologies · Radio Frequency (RF)


### IT Manager
Ligos Corporation
Jan 2002 - Dec 2002 · 1 yr

Oversaw and managed day to day IT operations in small office and co-location facility, including maintaining web servers and Directory based Windows 2000 network. Upgraded and developed new & existing on-line store back-end.


### Security Engineer
OneSecure
Apr 2000 - Jul 2001 · 1 yr 4 mos

Coordinated the design of a 24/7 Security Operations Center, including high availability network, and associated infrastructure. Maintained and researched security vulnerability archive and lab. Statistical and risk analysis of network traffic, along with forensic and fallout research of intrusions. Deployed LDAP based network services and back-end.


### Network Engineer
Fullspeed Networks
1999 - 2000 · 1 yr

Designed, implemented, upgrade, and document networks for a wide range of customers. Chief duties included security audits, server and firewall configuration, switch routing, establishing VPNs, and testing redundancy.


### Systems Administrator
Atlantic Internet Services
Jun 1998 - Dec 1999 · 1 yr 7 mos

Responsible for most aspects of building and maintaining a full service Internet Service Provider including purchasing, installation and configuration of remote access systems providing over 1000 dial-in lines for 3500+ customers across 5 locations. Lead team in charge of merging other acquired service providers networks and customer bases into our own.



**Workbox Company**

LinkedIn Member: Get insights about the Future of Work

Workbox's mission is to redefine how value is created in the workplace

Follow

**More profiles for you**


**Vijay Balasubramanian** · 3rd
Methodical, Results Driven, and Knowledgeable Health IT & Software Professional | ex-Abbott | ex-Splunk | ex-VMware | ex-Sun Microsystems
Message


**Jason Pump** · 3rd
Senior Software Engineer, RAG Search at Atolio
Message


**Jorge Calderon** · 3rd
Cloud Infrastructure Consultant
Message


**Charles Gude** · 3rd
Senior Software Engineer | Python, Golang, Airflow, AWS | Backend & Data Infrastructure
Message


**Andreas "AJ" Johansson** · 3rd
TAK...this is the way
Message

Show more



| About | Accessibility | Talent Solutions | | Questions?<br>Visit our Help Center. | Select Language |
|---|---|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | | | English (English) |
| Privacy & Terms ▼ | Ad Choices | Advertising | | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | Recommendation transparency<br>Learn more about Recommended Content. | |
| Safety Center | | | | | |

LinkedIn Corporation © 2026