# Exhibit 27

 

# Connecting the Deskless Workforce

Orion: Voice-First Intelligent Collaboration Platform for Deskless Workers

**Get the E-book:** Push-to-Talk 2.0

## We Create Connected Workers for These Industries:

 Defense & Intelligence
 Energy & Mining
 Facilities Management
 Field Service
 Gaming & Casino

 Healthcare
 Hospitality
 Logistics
 Manufacturing
 Retail

 Security
 Transportation



"Orion's system provides the communications functionality, dispatch capabilities, and safety procedure workflows that our staff need to ensure that our residents' lives are safer, happier, and healthier."

— Tom Caprio, Director of Information Technology of Maplewood Senior Living






## Reinventing Deskless Workforce Technology for the 21st Century

 Process Automation

 Intelligence Amplification

 Analytics

 Digital Transformation

Orion pioneered the voice-first intelligent collaboration platform so you could empower your deskless workers and create a connected workforce.








### Get Free E-books, Infographics, and More

**Visit the Resource Center**


TOP







"Orion Labs is using voice user interfaces and real-time communications to enable the digital experience for the frontline workforce."

— Raúl Castañón-Martínez, Senior Analyst at 451 Research

# Leadership



**Gregory Taylor**
Chief Executive Officer







**Alex McNamara**
Chief Technology Officer



**Clara Brighton**
Vice President of Human Resources




**Sayan Chatterjee**
Vice President of Engineering



**Ellen Juhlin**
Senior Director of Product Management

1/1/26, 10:50 PM
Case 7:25-cv-00480-DC-DTG    Document 17-30    Filed 02/23/26    Page 10 of 15
About the Platform, Vision, and Leadership | Orion






**Mort Jensen**
Chief Commercial Officer

1/1/26, 10:50 PM
Case 7:25-cv-00480-DC-DTG    Document 17-30    Filed 02/23/26    Page 11 of 15
About the Platform, Vision, and Leadership | Orion

 



**Jesse Robbins**
Founder, Advisor, and Board Member







**Greg Albrecht**
Co-Founder and Advisor





**Michael Schwartz**
Advisor

## Board of Directors



**Gregory Taylor**
Orion Labs








**Walter Barandiaran**
Argentum Partners



**Brady Bohrmann**
Avalon Ventures



**Richard Fields**
Allen & Company



**Tyler Jewell**
Dell Technologies Capital

**Sriram Viswanathar**
Celesta Capital

**Mark Breier**
In-Q-Tel





## The Future of Voice at Work

Navigate the 5-Step Journey to creating your digital deskless workforce with a voice-first intelligent collaboration platform

Get the E-book



Connecting the Deskless Workforce

**Our Company**

About
Newsroom
Partners
Contact

**Insights**

Resources
Blog
Articles

**Legal**

Privacy Policy
Terms & Conditions
Returns Policy & Warranty

**Handy Links**

Download The App
System Status
Support
Contact

© Copyright 2025.Orion Labs, Inc. All rights reserved.