# Exhibit 28





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20252003751

Date Filed: 10/9/2025

| Entity Details | |
|---|---|
| Corporation Name | ZOHO CORPORATION |
| Entity No. | 6390456 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JAI ANAND NAVANEETHAN | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 | Chief Financial Officer, Secretary |
| TONY G THOMAS | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 | Chief Executive Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors

| Director Name | Director Address |
|---|---|
| TONY G THOMAS | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | INCORPORATING SERVICES, LTD. Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | RESALE OF SOFTWARE PRODUCTS |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*JAI ANAND NAVANEETHAN*
_____
Signature

*10/09/2025*
_____
Date

B4076-7726 10/09/2025 11:28 PM Received by California Secretary of State