# Exhibit 29

BA20251035539



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20251035539 |
| Date Filed: 5/8/2025 |

| Entity Details | |
|---|---|
| Corporation Name | Zoho Technologies Corporation |
| Entity No. | 3374807 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 4141 HACIENDA DRIVE<br>PLEASANTON, CA 94588 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 4141 HACIENDA DRIVE<br>PLEASANTON, CA 94588 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 4141 HACIENDA DRIVE<br>PLEASANTON, CA 94588 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JAIANAND NAVANEETHAN | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 | Chief Financial Officer |
| ➕ TONY G THOMAS | 4141, HACIENDA DRIVE PLEASANTON, CA 94588 | Chief Executive Officer |
| ➕ JAI ANAND NAVANEETHAN | 4141, HACIENDA DRIVE PLEASANTON, CA 94588 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| ➕ TONY G THOMAS | 4141, HACIENDA DRIVE PLEASANTON, CA 94588 | Other | President |

**Directors**

| Director Name | Director Address |
|---|---|
| TONY G THOMAS | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 |
| JAIANAND NAVANEETHAN | 4141 HACIENDA DRIVE PLEASANTON, CA 94588 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | INCORPORATING SERVICES, LTD.<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | RESALE OF SOFTWARE PRODUCTS |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |
| Electronic Signature | ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. |

*JAI ANAND NAVANEETHAN*  
Signature

*05/08/2025*  
Date

B3668-8234 05/08/2025 3:12 AM Received by California Secretary of State