# Exhibit 30

# Looking for something in particular?

## We're here to help.

---

**I'M NEW HERE**



Looking for a demo, or have questions about our products and pricing?

sales@zohocorp.com



Need help with adding licenses, changing plans, or additional services?

upgrade@zohocorp.com

**EXISTING CUSTOMER**



Want to renew your subscription or need details about your current plan?

renewal@zohocorp.com



Need to cancel or downgrade your subscription? We're sad to see you go, but ready to help.

cancellation@zohocorp.com

---

**I'M NEW HERE**

# Find your way around Zoho with Concierge

Not sure which Zoho product is the right fit for your company? No worries. We'll work with you to determine what solutions will best suit your business.

**GET IN TOUCH**

I'M NEW HERE

# Interested in a product? Talk to our sales team

From questions about pricing to one-on-one personalized demos, we'd love to connect and help get you started.



**USA** | 🕐 Monday to Friday PDT (05:00 AM to 6:00 PM)

+1 877 834 4428

+1 844 584 2497

+1 833 968 1705

+1(888) 900 9646 (Support)

sales@zohocorp.com

North America                                        ⌄

Asia-Pacific                                         ⌄

Middle East and North Africa                         ⌄

Africa                                               ⌄

Europe                                               ⌄



**EXISTING CUSTOMER**

# Visit our help forum for technical support

Experiencing issues with a product you're already using? Browse through our help docs, videos, and tutorials, or engage with experts from the Zoho support community.

TAKE ME TO THE HELP CENTER  >



**EXISTING CUSTOMER**

# If you can't find what you're looking for...

Raise a ticket and detail what you need help with. Our support team will be happy to lend a helping hand!

SUBMIT A REQUEST  >

# General Inquiries

Want to get in touch? Drop us a line.



## Public Relations

press@zohocorp.com

**Sandra Lo**

slo@zohocorp.com



## Analyst Relations

+1-925-924-9500

**Sandra Lo**

pr@zohocorp.com



## Customer Relations

**Peter S. Balaji**

peterbalaji@zohocorp.com



## Abuse Reporting

abuse@zohocorp.com



## Privacy Concerns

privacy@zohocorp.com

Skip to main content ↵



# Our offices around the world

Connect with one of our global offices...
or feel free to just send us a nifty postcard. We won't mind!

I'm New Here        Existing Customer        General Inquires        **Our Offices**

## 🇺🇸 USA

### Texas

**Austin**

979 Springdale Rd,
Suite 123, Austin, TX 78702

**McAllen**

601 North Main Street
McAllen, TX 78501

**New Braunfels**

255 Saengerhalle Road
New Braunfels, TX 78130

**California**

4141 Hacienda Drive,
Pleasanton, CA 94588,
USA

## 🇲🇽 Mexico

**Querétaro**

Carretera Querétaro- SLP,
16501, P532- Fracción II
Col. Santa Rosa Jáuregui
CP. 76220
Santiago de Querétaro, México

Phone   : +52 5550912446
         +52 800 2720326

## 🇨🇦 Canada

**Ontario**

705 Cotton Mill Street,
Unit 116, Cornwall, Ontario,
K6H 7K7

Phone   : +1 (833) 957-3953

# Asia-Pacific

## 🇮🇳 India

### Chennai

Estancia IT Park,
Plot no. 140, 151,
GST Road, Vallancheri,
Chengalpattu District - 603 202, India

Phone   : 044 - 69656070
                044 - 69656060
Fax        : 044 67447172

### Bengaluru

A-908, Signature Towers - Brigade

Golden Triangle, Old Madras Rd,
Sy No 50, Huskur Village, Bengaluru,
Karnataka 560049

### Tenkasi

Silaraipuravu Village,
Mathalamparai,
Tenkasi District 627 814, India

### Renigunta

16-237, Srikalahasti Road,
Renigunta Pillapalem,
Renigunta,
Andhra Pradesh 517520, India

### Kolkata

#301, Block 4A (3rd Floor) Eco Space,

Rajarhat, New Town Action Area II,
North 24 Paraganas,
West Bengal 700160

### Delhi (NCR)

2nd Floor, Plot No. 6,
Magnus Tower, Sector 73,
Gautam Buddha Nagar, NOIDA,
Uttar Pradesh, 201307, India

### Mumbai

EsziWorkN, The Capital,

Unit# 808, 8th Floor,
Plot No: C-70,
Bandra Kurla Complex,
Bandra (East), Mumbai 400051

##  China

### Beijing

3F, KPHZ International Technology
Transfer Center,
No. 28, Houtun Road,
HaiDian District,
Beijing, China 100192

Phone   : +8610 82738868
Email     : cn-sales@zohocorp.com
website : zoho.com.cn

##  Japan

### Yokohama

Minato-Mirai-Center building 13F,
3-6-1, Minato-Mirai, Nishi-ku,
Yokohama 221-0012, Japan

Email     : sales@zoho.jp
website : zoho.com/jp

##  Singapore

105 Cecil Street,
#10-04, The Octagon,
Singapore - 069534

Phone   : +65 67231040 (Sales)

##  Indonesia

##  Vietnam

**PT Zoho Technologies**

Mensana Tower Level 6 Unit A-F

Jalan Raya Kranggan

No 69 RT 002 RW 016

Kelurahan Jatisampurna,

Kecamatan Jatisampurna,

Kota Bekasi, Jawa Barat,

Indonesia 17433

Phone    : +62 - 2150981415

10F, 3 Bees Tower,

281 Nguyen Van Troi,

Phu Nhuan Ward,

Ho Chi Minh City,

Vietnam, 700000

Phone    : +84 - 969772961

# Europe

 Netherlands

**Utrecht**

Zoho Corporation B.V.

Beneluxlaan 4B

3527 HT UTRECHT

The Netherlands

Phone    : +31 85 066 6700

United Kingdom

**Bletchley, Milton Keynes**

Suite 1.09, Challenge House,

Sherwood Dr,

Bletchley,

Milton Keynes MK3 6DP,

United Kingdom

 Germany

**Essen**

Zoho Corporation GmbH

II. Hagen 7,

45127 Essen T.

Germany

Phone    : +49 8000229966

# Middle East Africa

 UAE

 Saudi Arabia

Case 7:25-cv-00480-DC-DTG     Document 17-33     Filed 02/23/26     Page 9 of 11   2/22/26, 4:37 PM

Zoho Corporation Pte Ltd,

Villa - 04, Boutique Offices,
DMC P.O. Box 502629 Dubai,
UAE

Phone    : +971 4 574 8400
Toll Free : 800 044 44424

Jeddah

3940 Prince Saud Al Faisal,
Ar Rawdah Dist - Rovan Tower,
3rd Floor, Office No 305,
Ar Rawdah, Jeddah 23433 - 7518,
Kingdom of Saudi Arabia

Phone    : 800 3011 222

Riyadh

6758 Al Takhassousi,
6th Floor (Rooftop),
Al Mohammadiyyah,
Riyadh, 12362 - 3789
Kingdom of Saudi Arabia

Phone    : 800 3011 222

 Egypt

**Zoho Corporation Egypt**

Office L201 - 2nd Floor
Cairo Capital Center - Banks Area
Fifth Settlement - New Cairo

Phone    : 0800 0060 336

# Africa

 South Africa

**Cape Town**

The Vineyard Office Estate,

Farm 1, Building A 99, Jip De Jager Dr,
De Bron, Cape Town, 7530,
South Africa

Phone    : +27 800 221 023

 Kenya

**Zoho Corporation,**

5C, The Address,

Muthangari Drive,
Westlands, Nairobi

Phone    : 080 0601 167

 Nigeria

**Zoho Technologies Limited**

#2B Bayo Olagoke Close,

Off Admiralty Road,
Lekki Phase 1, Lagos,
Nigeria

Phone    : +234 708 0601 544

# South America

###  Brazil

**State of Santa Catarina**

Rod. José Carlos Daux,
4190 – Térreo – Saco Grande,
Florianópolis – Santa Catarina,
88032–005

###  Colombia

**Chía**

Zoho Corporation Colombia SAS
KM 19 Autopista Norte,
Costado Occidental,
Centro Empresarial Tyfa, Of 202
250008, Chía, Cundinamarca

# Australia

###  Australia

**South Australia**

Suite 4.04, Level 4
30 Currie Street
Adelaide SA 5000

# Ready to do your best work?

## Let's get you started.

**SIGN UP NOW  >**

| Apps and Extensions | Learn | Community | Company |
|---|---|---|---|
| Mobile Apps | Training and Certification | User Community | About Us |
| Desktop Apps | Academy | Customer Stories | Our Story |
| Developer Center | Blog | Work With a Partner | Press |
| Google Workspace Integration | Knowledge Base | Affiliate Program | Events |
| Microsoft 365 Integration | Zia | Humans of Zoho | Branding Assets |
| Apps for Apple Watch | The Long Game | | Zoho Schools |
| Product Integrations | Newsletter | | Service Status |
| Browser Extensions | | | Careers |
| Compare Alternatives | | | |



Contact Us  |  Security  |  Compliance  |  IPR Complaints  |  Anti-spam Policy  |  Terms of Service  |  Privacy Policy  |  Trademark Policy  |
Cookie Policy  |  GDPR Compliance  |  Abuse Policy



© 2026, Zoho Corporation Pvt. Ltd. All Rights Reserved.