# Exhibit 31

Skip to main content ↵

# Customer Region and Contracting Zoho Entities

Updated on: 30th July 2024.

| Sl. No. | (a) Customer Region | (b) Contracting Entity | (c) Governing Law and Jurisdiction |
|---|---|---|---|
| 1. | India and Russian Federation | Zoho Corporation Private Limited (India) | Governing Law - Laws of India Jurisdiction - Chennai |
| 2. | United States of America and United States minor outlying Islands | Zoho Corporation (US) | Governing Law - Laws of state of California Jurisdiction - Northern California |

| | | | |
|---|---|---|---|
| 3. | Canada | Zoho Canada Corporation | Governing Law - Laws of the province of Ontario and the federal laws of Canada applicable in the province of Ontario.<br>Jurisdiction - Toranto |
| 4. | Japan | Zoho Japan Corporation (Japan) | Governing Law - Laws of Japan<br>Jurisdiction - Japan |
| 5. | China | Zoho (China) Technology Co., Limited (China) | Governing Law - Laws of China<br>Jurisdiction - China |
| 6. | Mexico | ZohoCorp Mexico S.A de C.V (Mexico) | Governing Law - Rules of International Chamber of Commerce<br>Jurisdiction - Mexico |
| 7. | Brazil | Zoho Corporation Brasil Tecnologia Ltda. | Governing Law - Laws of state of Santa Catarina<br>Jurisdiction - City of Florianopolis, State of Santa Catarina |
| 8. | Nigeria | Zoho Technologies Limited (Nigeria) | Governing Law - Laws of Nigeria<br>Jurisdiction - Lagos |
| 9. | Australia, Christmas Island, | Zoho Corporation Pty Limited | Governing Law - Laws of New South Wales |

|  | Cocos (keeling) Islands, Heard island and Mcdonald Islands, and New Zealand | (Australia) | Jurisdiction - New South Wales |
|---|---|---|---|
| 10. | EEA Countries, Albania, Armenia, Azerbaijan,Belarus, Bosnia and Herzegovina, British Indian Ocean Territory, Faroe Islands, Georgia, Gibraltar, Greenland, Holy See (Vatican City), Kazakhstan, Kyrgyzstan, Moldova, Monaco, San marino, Tajikistan, Turkey, Ukraine, Uzbekistan, Guernsey, Jersey, Montenegro, Serbia, Kosovo, Yugoslavia, Genova, Andorra, and Macedonia, the former Yug | Zoho Corporation B.V. (The Netherlands) | Governing Law - Laws of Netherlands Jurisdiction - Utrecht |

| | | | |
|---|---|---|---|
| 11. | United Kingdom and Isle of Man | Zoho Corporation Limited | Governing Law - Laws of England and Wales<br>Jurisdiction - England and Wales |
| 12. | Germany, Austria, Switzerland | Zoho Corporation GmbH | Governing Law - Laws of Germany<br>Jurisdiction - Düsseldorf |
| 13. | Indonesia | PT Zoho Technologies Indonesia | Governing Law - Laws of Indonesia<br>Jurisdiction - Indonesia |
| 14. | South Africa | Zoho Corporation South Africa (Pty) Ltd | Governing Law - Laws of Republic of South Africa<br>Jurisdiction - Western Cape High Court |
| 15. | All the other countries not specified above | Zoho Corporation Pte. Ltd. (Singapore) | Governing Law - Laws of Singapore<br>Jurisdiction - Singapore |

**Note** - The above given contracting entities, governing laws and jurisdictions may be changed or updated at any time without any prior notice.

# Apps and Extensions

Mobile Apps

Desktop Apps

# Learn

Training and Certification

Academy

# Community

User Community

Customer Stories

Developer Center

Google Workspace Integration

Microsoft 365 Integration

Apps for Apple Watch

Product Integrations

Browser Extensions

Compare Alternatives

Blog

Knowledge Base

Zia

The Long Game

Newsletter

Work With a Partner

Affiliate Program

Humans of Zoho

# Company

About Us

Our Story

Press

Events

Branding Assets

Zoho Schools

Service Status

Careers

    

Contact Us  |  Security  |  Compliance  |  IPR Complaints  |  Anti-spam Policy  |  Terms of Service  |  Privacy Policy  |  Trademark Policy  |  Cookie Policy  |  GDPR Compliance  |  Abuse Policy



© 2026, Zoho Corporation Pvt. Ltd. All Rights Reserved