# Exhibit 32








