**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ORION LABS TECH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS AND TO TRANSFER**

Plaintiff Orion Labs Tech LLC ("Orion Labs") moves unopposed to extend its due date to respond to two motions filed by Defendants Zoho Corporation Pvt Limited, Zoho Corporation, and Zoho Technologies Corporation ("Defendants") on February 23, 2026, namely Defendants' "Motion to Dismiss" (Dkt. No. 15) and "Motion to Transfer" (Dkt. No. 17). Orion Labs seeks a one-week extension of its due dates to align it with the due date to amend its Complaint pursuant to Fed. R. Civ. P. 15(a)(1). By email on March 2, 2026, Defendants Counsel indicated that Defendants do not oppose this request.

Therefore, Orion Labs avers that good cause supports this request to extend its deadline to respond to the Motion to Dismiss and to the Motion to Transfer up to and including March 16, 2026.

Date: <u>March 2, 2026</u>                                   Respectfully submitted,

/s/ *James F. McDonough, III*

James F. McDonough, III (GA 117088)*
Jonthan R. Miller (GA 507179)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**Attorneys for *Plaintiff ORION LABS TECH LLC***

\* Admitted to the Western District of Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: March 2, 2026

By: */s/ James F. McDonough, III*
James F. McDonough, III

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that the requirements of L.R. CV-7(g) have been complied with and the Motion is filed unopposed.  Counsel for the Parties conferred by email on March 2, 2026 regarding this filing and Defendants' counsel asserted that Defendants do not oppose the relief sought.

Dated: March 2, 2026

By: */s/ James F. McDonough, III*
James F. McDonough, III