# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ORION LABS TECH LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**ORDER on**

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND TO TRANSFER**

Before the Court is the unopposed "Plaintiff's Unopposed Motion To Extend Time To Respond To Defendants' Motions To Dismiss And To Transfer" filed by Plaintiff Orion Labs Tech LLC ("Orion Labs") to extend its due date to respond to the Motions filed Defendants Zoho Corporation Pvt Limited, Zoho Corporation, and Zoho Technologies Corporation ("Defendants"), namely Defendants' "Motion to Dismiss" (Dkt. No. 15) and "Motion to Transfer" (Dkt. No. 17). *See* Dkt. No. 19 (the "Motion to Extend"). Having considered the Motion to Extend and noting that it is unopposed by Defendants, the Court finds that good cause supports the request. **THEREFORE**, the Motion to Extend is **GRANTED**.

Orion Labs' due date to respond to the Motion to Dismiss and the Motion to Transfer is extended by 7 days up to and including March 16, 2026.

**SO ORDERED**, this _____ day of March, 2026

_____
UNITED STATES DISTRICT JUDGE
