UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

Orion Labs Tech, LLC

vs.   Case No.: 7:25-cv- 000480-DC-DTG

Zoho Corp. Pvt. Ltd. et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Carolyn Chang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants Zoho Corp. Pvt. Ltd. et al. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Marton Ribera Schumann & Chang LLP with offices at:

   Mailing address: 548 Market St., Suite 36117

   City, State, Zip Code: San Francisco, California 94104

   Telephone: (415) 360-2514    Facsimile: 

2. Since December 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 217933.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State Court of California | December 2001 |
| USDC - Northern California | Feb. 4, 2002 |
| USC of Appeals Federal Circuit | April 11, 2006 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ___ have ___ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:23-cv-00167   on the 30 day of May, 2023.
   Number: 6:22-cv-0048    on the 7 day of April, 2022.
   Number: 6:21-cv-01288   on the 7 day of May, 2022.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Phillip J. Haack

Mailing address: 548 Market St., Suite 36117

City, State, Zip Code: S.F, CA 94104

Telephone: 415 360 2517

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Carolyn Chang to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Carolyn Chang
[printed name of Applicant]

_____

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of March, 2026.

Carolyn Chang
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

Orion Labs Tech, LLC

vs.                                                    Case No.: 7:25-cv- 000480-DC-DTG

Zoho Corp. Pvt. Ltd. et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Carolyn Chang**, counsel for **Defendants Zoho Corp. Pvt. Ltd. et al.**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Carolyn Chang** may appear on behalf of **Defendants Zoho Corp. Pvt. Ltd. et** in the above case.

IT IS FURTHER ORDERED that **Carolyn Chang**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **March**, 20_____.

_____
UNITED STATES DISTRICT JUDGE

[Reset all fields]   [Print Form]