**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

**Orion Labs Tech, LLC**

V.

**Zoho Corporation PVT Limited et al**

Case No.: 7:25-CV-00480-DC-DTG

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Carolyn Chang** ("Applicant"), counsel for **Zoho Corporation PVT Limited et al** the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and the Applicant may appear on behalf of **Zoho Corporation PVT Limited et al** in the above case.

IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

IT IS FURTHER ORDERED that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **directed** to notify the Applicant of this order.

IT IS FINALLY ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register via your individual pacer account as a Pro Hac Vice user **within 10 days** of the date of this Order, **if he/she has not previously done so on a prior case in this District**.

SIGNED this on the **6th** day of **March 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE