**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ORION LABS TECH LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>ZOHO CORPORATION PVT LIMITED,<br>ZOHO CORPORATION, and ZOHO<br>TECHNOLOGIES CORPORATION,<br><br>       Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**JOINT MOTION TO STAY CASE PENDING THE OUTCOME OF
RELATED CASES**

Plaintiff Orion Labs Tech LLC ("Orion Labs") and Defendants Zoho Corporation Pvt Limited, Zoho Corporation, and Zoho Technologies Corporation (together, "Defendants") (collectively, the "Parties") move to stay all deadlines in this case pending the outcome of motions filed in related cases. The Parties request that the Court exercise its inherent authority to manage its docket and stay this case. *See Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *see also Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) (Federal courts have inherent power to manage their own proceedings).

Defendants filed a Declaratory Judgment case in the Northen District of California in which it seeks a declaration that Defendants do not infringe any claim of the two patents at issue in this case. *See* Case No. 5:25-cv-08727 (the "ND-Cal Case"). In responding to the First Amended Complaint (Dkt. No. 9), Orion filed two motions. The first sought to dismiss the action for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6). *See* ND-Cal Case Dkt. No. 21 (the "Motion to Dismiss"). The second sought transfer to this Court pursuant to 28 U.S.C.

§1404(a) and other equitable considerations.  *See* ND-Cal Case Dkt. No. 22 (the "Motion to Transfer").  Both the Motion to Dismiss and the Motion to Transfer have been fully briefed and a hearing on both motions was held before Magistrate Judge Virginia K. DeMarchi on February 3, 2026; decisions on both motions are expected within the next month.

In addition, in a second case in the in the Northen District of California, there is motion pending that challenges the eligibility of the patents at issue in this case.  In the matter of *Orion Labs Tech LLC v. Talkdesk, Inc.* (N.D. Cal. No. 4:25-cv-05045, the "Talkdesk Case"), the same judge assigned to the ND-Cal Case is considering a motion to dismiss pursuant to 35 U.S.C. §101 (Dkt. No. 56).  The Talkdesk Case motion to dismiss is also fully-briefed, a hearing has been held, and a decision that will inform the path of this case is expected within the next month.

Therefore, the Parties move to stay all deadlines in this case until the Motions to Dismiss and to Transfer in the ND-Cal Case and the Motion to Dismiss in the Talkdesk Case are decided to avoid duplication and possibly contradictory outcomes.  *See, e.g., West Gulf Mar. Assoc. v. ILA Deep Sea Local 24*, 751 F.2d 721, 729, n1 (5th Cir. 1985) ("A stay may, for example, be appropriate to permit the court of first filing to rule on a motion to transfer.  If that court transfers the first-filed action, the stay could be lifted and the actions consolidated.").

Date: <u>March 16, 2026</u>                              Respectfully submitted,

                                                        */s/ James F. McDonough, III*

                                                        James F. McDonough, III (GA 117088)*
                                                        Jonthan R. Miller (GA 507179)*
                                                        **ROZIER HARDT MCDONOUGH PLLC**
                                                        659 Auburn Avenue NE, Unit 254
                                                        Atlanta, Georgia 30312
                                                        Telephone: (404) 564-1866, -1863
                                                        Email: jim@rhmtrial.com
                                                        Email: miller@rhmtrial.com

                                                        Jonathan L. Hardt (TX 24039906)*
                                                        **ROZIER HARDT MCDONOUGH PLLC**
                                                        712 W. 14th Street, Suite A
                                                        Austin, Texas 78701
                                                        Telephone: (210) 289-7541
                                                        Email: hardt@rhmtrial.com

                    **Attorneys for *Plaintiff ORION LABS TECH LLC***

                                                        \* Admitted to the Western District of Texas

Date: <u>March 16, 2026</u>                              Respectfully submitted,

                                                        */s/ Ryan J. Marton #*

                                                        Phillip J. Haack (CA 262060, admitted W.D. Tex.)
                                                        Ryan J. Marton (admitted *pro hac vice*)
                                                        Carolyn Chang (admitted *pro hac vice*)
                                                        **MARTON RIBERA SCHUMANN & CHANG LLP**
                                                        548 Market Street, Suite 36117
                                                        San Francisco, California 94104
                                                        Telephone: (415) 360-2515
                                                        Email: phaack@martonribera.com
                                                        Email: ryan@martonribera.com
                                                        Email: carolyn@martonribera.com

        **Counsel for *Defendants ZOHO CORPORATION PVT. LTD., ZOHO CORPORATION and ZOHO
                            TECHNOLOGIES CORPORATION***

                                                        *# e-filed with express permission*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.   As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>March 16, 2026</u>

By: <u>*/s/ James F. McDonough, III*</u>
James F. McDonough, III

## **CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that the requirements of L.R. CV-7(g) have been complied with and the <u>Motion</u> is filed on behalf of the Parties.  Counsel for the Parties conferred by email on <u>March 16, 2026</u> regarding this filing and the Parties are in agreement as to its substance, as indicated by the signatures of counsel for all Parties.

Dated: <u>March 16, 2026</u>

By: <u>*/s/ James F. McDonough, III*</u>
James F. McDonough, III