**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ORION LABS TECH LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ZOHO CORPORATION PVT LIMITED,<br>ZOHO CORPORATION, and ZOHO<br>TECHNOLOGIES CORPORATION,<br><br>      Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**ORDER on**

**JOINT MOTION TO STAY CASE PENDING THE OUTCOME OF
RELATED CASES**

BE IT REMEMBERED on this day, there was presented to the Court the "Motion To Stay Case Pending The Outcome Of Related Cases" filed by Plaintiff Orion Labs Tech LLC ("Orion Labs") and Defendants Zoho Corporation Pvt Limited, Zoho Corporation, and Zoho Technologies Corporation (together, "Defendants") (collectively, the "Parties"). *See* Dkt. No. 25 (the "Motion to Stay"). The Parties have made the Court aware that another case between the Parties that addresses the same patents at issue here is pending in the Northen District of California (Case No. 5:25-cv-08727; the "ND-Cal Case"). The Parties also have made the Court aware that a Motion to Dismiss and a Motion to Transfer to this Court have been filed in the ND-Cal Case by Orion Labs and that those motions are fully briefed, a hearing has been held, and decisions are expected soon. Furthermore, the Parties have made the Court aware that in the case of *Orion Labs Tech LLC v. Talkdesk, Inc*. (N.D. Cal. No. 4:25-cv-05045, the "Talkdesk Case"), the same judge assigned to the ND-Cal Case is considering a motion to dismiss pursuant to 35 U.S.C. §101 (Dkt. No. 56).

As such, the Parties request a stay of this case pending the outcome of the motions pending in the ND-Cal Case and the Talkdesk Case to avoid duplication and possibly contradictory outcomes.  The Court agrees.

**IT IS ORDERED** that the Motion to Stay is **GRANTED.**

**IT IS FURTHER ORDERED** that the Parties shall file a Notice informing the Court of the outcome of the motions currently pending in the ND-Cal Case and the Talkdesk Case within seven days after each of the decisions in said motions is issued.

SIGNED the _____ day of March, 2026.

 

_____

DEREK T. GILLILAND
United States Magistrate Judge