**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ORION LABS TECH, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00480-DC-DTG** |
| | § | |
| **ZOHO CORPORATION PVT LIMITED, et al.,** | § | |
| | § | |
| *Defendant,* | § | |

### ORDER GRANTING MOTION TO STRIKE (DKT. NO. 12)

Before the Court is plaintiff, Orion Labs Tech, LLC's motion to strike the original complaint (Dkt. No. 12). The plaintiff states that the original complaint contained erroneous information and asks for it to be stricken from the record. The motion was unopposed because it was filed before the defendants appeared, however, the defendants' later-filed responsive motions raise no objection to the motion to strike and address the proposed amended complaint. Thus, the Court considers the motion unopposed, and **GRANTS** the motion.

The Clerk is **INSTRUCTED** to strike the original complaint from the record (Dkt. No. 1) The Clerk is further **INSTRUCTED** to add the attachments from the original complaint (Dkt. Nos. 1-1, 1-2, and 1-3) to the first amended complaint at Dkt. No. 11.

**SIGNED** this 27th day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE