**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ORION LABS TECH, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00480-DC-DTG** |
| | § | |
| **ZOHO CORPORATION PVT LIMITED, et al.** | § | |
| | § | |
| *Defendant,* | § | |

## ORDER GRANTING STAY

Before the Court is the parties' joint motion to stay case pending the outcome of related cases (Dkt. No. 25). That motion notes that there is a declaratory judgement action pending in the Northen District of California between the parties and addressing the same patents at issue (Case No. 5:25-cv-08727). Orion Labs filed a Motion to Dismiss and a Motion to Transfer in that Northern District of California case. Dkt. No. 25 at 1-2 (identifying Dkt. Nos. 21 and 22 in the -08727 case). The parties contend that those motions are fully briefed, a hearing has been held, and decisions are expected soon. *Id*. at 2. The parties have also identified a second case in the Northern District of California—*Orion Labs Tech LLC v. Talkdesk, Inc.* (N.D. Cal. No. 4:25-cv-05045)—in which there is motion to dismiss pending that challenges the eligibility of the patents at issue in this case. *Id*. The parties contend that motion is also fully briefed with a decision "expected within the next month." *Id*. Based on those proceedings, the parties jointly request a stay of this case pending the outcome of the motions pending in the -08727 and -05045 cases in the Northern District of California to avoid duplication and possibly contradictory outcomes.

Having considered the motion to stay case, the motion is **GRANTED**.

It is **ORDERED** that the above-captioned action is **STAYED** including all unreached deadlines, pending the decisions on the motions (Dkt. Nos. 21 and 22) pending in Case No. 5:25-cv-08727 and the motion (Dkt. No. 56) pending in Case No. 4:25-cv-05045 in the Northern District of California.

It is further **ORDERED** that the Parties shall file a joint status report every three (3) months and a motion for status conference within ten (10) calendar days of a final determination in any of the pending motions at issue in the related Northern District of California cases.

**SIGNED** this 27th day of March, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE