**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ORION LABS TECH LLC, <br><br>      Plaintiff, <br><br>      v. <br><br> ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION, <br><br>      Defendants. | Civil Action No. 7:25-cv-00480-DC-DTG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff ORION LABS TECH LLC ("Orion Labs"), by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in its Complaint in this case WITHOUT PREJUDICE for Defendants ZOHO CORPORATION PVT LIMITED, ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION ("Defendants"). Each of the Defendants has neither filed an Answer nor filed a motion for Summary Judgment in this matter.

Date: <u>March 30, 2026</u>

Respectfully submitted,

/s/ *James F. McDonough, III*

James F. McDonough, III (GA 117088)*
Jonthan R. Miller (GA 507179)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**Attorneys for *Plaintiff ORION LABS TECH LLC***

\* Admitted to the Western District of Texas

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>March 30, 2026</u>

By: /s/ *James F. McDonough, III*

James F. McDonough, III